# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| PERSONALIZED MEDIA COMMUNICATIONS, LLC, § § § Plaintiff, § § vs. § § APPLE, INC., § § Defendant. § | Civil Action 2:15-cv-1366<br><br>Jury Trial Demanded |

## CORPORATE DISCLOSURE STATEMENT

COMES NOW, Plaintiff, Personalized Media Communications, L.L.C. ("PMC"), and files its Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1 and would show the Court the following:

Plaintiff PMC has no parent corporation and there is no publicly held company that owns 10% or more of PMC.

                                                                      Respectfully submitted,

July 30, 2015
/s/ S. Calvin Capshaw
S. Calvin Capshaw
TX Bar No. 03783900
Elizabeth L. DeRieux
TX Bar No. 05770585
D. Jeffrey Rambin
TX Bar No. 00791478
**CAPSHAW DERIEUX, LLP**
114 E. Commerce Ave.
Gladewater, Texas 75647
Telephone: 903-236-9800
Facsimile: 903-236-8787
E-mail: ccapshaw@capshawlaw.com
E-mail:  ederieux@capshawlaw.com
E-mail:  jrambin@apshawlaw.com

-2-

**Of Counsel:**

Jennifer A. Albert
Stephen T. Schreiner
Goodwin Procter LLP
901 New York Ave., N.W.
Washington, DC 20001
P: (202) 346-4000
JAlbert@goodwinprocter.com
SSchreiner@goodwinprocter.com