**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **PERSONALIZED MEDIA** ) | |
| **COMMUNICATIONS, LLC,** ) | |
| ) | **Case No. 2:15-cv-D1366-JRG-RSP** |
| **Plaintiff,** ) | |
| vs. ) | |
| ) | |
| **APPLE, INC.,** ) | |
| ) | |
| **Defendant.** ) | |

**JOINT NOTICE IN COMPLIANCE WITH STANDING ORDER
REGARDING MOTONS UNDER 35 U.S.C. § 101**

Pursuant to the Court's Standing Order Regarding Motions Under 35 U.S.C. § 101, Plaintiff Personalized Media Communications, LLC ("PMC") and Defendant Apple Inc. ("Apple") submit the attached letter as Ex. A outlining the parties' respective positions.

Dated:  December 14, 2015

/s/ Douglas A. Kline
Douglas A. Kline
Lana S. Shiferman
GOODWIN PROCTER, LLP
Exchange Place
Boston, MA 02109-2802
P:  (617) 570-1000
F:  (617) 523-1231
email:  dkline@goodwinprocter.com
email: lshiferman@goodwinprocter.com

Jennifer A. Albert
Stephen T. Schreiner
GOODWIN PROCTER LLP
901 New York Ave., N.W.
Washington, DC 20001
P:  (202) 346-4000
F: (202) 346-4444
email:  jalbert@goodwinprocter.com
email:  sschreiner@goodwinprocter.com

S. Calvin Capshaw (State Bar No. 03788390)
Elizabeth L. DeRieux (State Bar No. 05770585)
CAPSHAW DERIEUX, LLP
114 E. Commerce Ave.
Gladewater, TX 75647
P:  (903) 845-5770
email:  ccapshaw@capshawlaw.com
email:  ederieux@capshawlaw.com

*Attorneys for Plaintiff*
*Personalized Media Communications, LLC*


/s/ Melissa R. Smith
Marcus E. Sernel, P.C. (admitted *pro hac vice*)
Joel R. Merkin (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
300 N. LaSalle Street
Chicago, IL 60654
P:  (312) 862-2000
F:  (312) 862-2200
email:  marc.sernel@kirkland.com
email:  joel.merkin@kirkland.com

Gregory S. Arovas, P.C. (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY  10022
P:  (212) 446-4800
F:  (212) 446-4900
email:  greg.arovas@kirkland.com

Melissa R. Smith (State Bar No. 24001351)
GILLAM & SMITH LLP
303 S. Washington Avenue
Marshall, TX 75670
P:  (903) 934-8450
F:  (903) 934-9257
email:  Melissa@gillamsmithlaw.com

*Attorneys for Defendant*
*Apple Inc.*

-3-

## CERTIFICATE OF SERVICE

I hereby certify that the all counsel of record who are deemed to have consented to electronic service are being served this 14th day of December, 2015, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

<i>/s/Douglas A. Kline</i><br>
Douglas A. Kline