# PMC's LIST OF CLAIM TERMS REQUIRING CONSTRUCTION
## IN ADVANCE OF SECTION 101 MOTION

| Claim(s) | U.S. Patent No. 8,191,091[1] |
|---|---|
| 13, 20 | encrypted digital information transmission |
| 13, 20, 26 | decrypting/decryption |
| 13, 20, 26 | instruct-to-enable signal |
| 13, 20, 26 | programming |
| 13, 20 | decryption key |
| 20 | processor instructions |
| 26 | tuning said receiver station to a channel |
| 26 | enabling information |
| 26 | remote source |

| Claim(s) | U.S. Patent No. 8,559,635 |
|---|---|
| 1, 2, 21 | encrypted/encryption |
| 1, 3, 32 | control signal |
| 3, 30 | remote transmitter station |
| 18, 20, 32, 33 | unaccompanied by any non-digital information transmission |
| 18, 33 | to decrypt in a specific fashion on the basis of said code |
| 33 | downloadable code |

| Claim(s) | U.S. Patent No. 7,752,649 |
|---|---|
| 39, 54 | message stream |

---

[1] If a particular term appears in multiple patents, it is only included on the list once.

ACTIVE/84527376.1

| Claim(s) | U.S. Patent No. 7,752,649 |
|---|---|
| 39, 54, 62 | control information |
| 39, 62, 67 | register memory |
| 39, 54, 62 | stored function invoking data |
| 67 | cadence information |
| 39, 54, 67 | digital television signals |
| 39, 62, 67 | control processor |
| 54, 62 | digital video signals |

| Claim(s) | U.S. Patent No. 8,752,088 |
|---|---|
| 14 | multimedia receiving apparatus |
| 14 | input ports |
| 14 | multimedia signals |
| 14 | output port |

ACTIVE/84527376.1