**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **PERSONALIZED MEDIA COMMUNICATIONS, LLC** | § § § § § § § § § § § § § § | |
| *Plaintiff,* | | |
| v. | | **Civil Action No. 2:15-CV-1366-JRG-RSP** |
| **APPLE INC.** | | |
| *Defendant.* | | |

## APPLE INC.'S NOTICE OF COMPLIANCE REGARDING P.R. 4-2

Defendant Apple Inc. hereby provides notice that on March 15, 2016 it served its Preliminary Claim Constructions and Extrinsic Evidence on Plaintiff's counsel of record via electronic mail pursuant to the Court's Docket Control Order [*Dkt. No. 55*], and P.R. 4-2.

Dated: March 17, 2016        Respectfully Submitted,

        */s/ Melissa R. Smith*
        Melissa R. Smith
        State Bar No. 24001351
        GILLAM & SMITH LLP
        303 S. Washington Avenue
        Marshall, Texas 75670
        Telephone: (903) 934-8450
        Facsimile: (903) 934-9257
        E-mail: Melissa@gillamsmithlaw.com

        Marcus E. Sernel, P.C. (*admitted pro hac vice*)
        Joel R. Merkin (*admitted pro hac vice*)
        KIRKLAND & ELLIS LLP
        300 N. LaSalle Street
        Chicago, Illinois 60654
        Telephone: (312) 862-2000
        Facsimile: (312) 862-2200
        E-mail: marc.sernel@kirkland.com
        E-mail: joel.merkin@kirkland.com

        Gregory S. Arovas, P.C. (*admitted pro hac vice*)
        KIRKLAND & ELLIS LLP
        601 Lexington Avenue
        New York, New York 10022
        Telephone: (212) 446-4800
        Facsimile: (212) 446-4900
        E-mail: greg.arovas@kirkland.com

        ***Attorneys for Defendant Apple Inc.***

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on March 17, 2016, the foregoing document was filed electronically in compliance with Local Rule CV-5(a), and thereby served on all counsel who are deemed to have consented to electronic service, per Local Rule CV-5(a)(3).

*/s/ Melissa R. Smith*