# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| PERSONALIZED MEDIA COMMUNICATIONS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>APPLE, INC.<br><br>    Defendant. | Civil Action No. 2:15-cv-01366-JRG-RSP<br><br>**(LEAD CASE)** |
| PERSONALIZED MEDIA COMMUNICATIONS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>TOP VICTORY ELECTRONICS (TAIWAN) CO. LTD., TPV INT'L (USA), INC., ENVISION PERIPHERALS, INC., TOP VICTORY ELECTRONICS (FUJIAN) CO. LTD., TPV ELECTRONICS (FUJIAN) CO. LTD., TPV TECHNOLOGY LTD., HON HAI PRECISION INDUSTRY (TAIWAN) CO., LTD., WISTRON CORP., WISTRON INFOCOMM TECHNOLOGY (TEXAS) CORP., WISTRON INFOCOMM TECHNOLOGY (AMERICA) CORP., and VIZIO, INC.,<br><br>    Defendants. | Civil Action No. 2:15-cv-01206-JRG-RSP<br><br>(CONSOLIDATED CASE) |

**ORDER ON UNOPPOSED MOTION TO AMEND THE DOCKET CONTROL ORDER**

After reviewing the Unopposed Motion to Modify the Docket Control Order, this Court modifies the following deadlines for Civil Action No. 2:15-cv-01206-JRG-RSP:

| Previous Date | New Date | Event |
|---|---|---|
| April 3, 2017 | Unchanged | *Jury Selection – 9:00 a.m. in **Marshall, Texas** before Judge Rodney Gilstrap |
| March 7, 2017 | Unchanged | *Pretrial Conference – 9:00 a.m. in **Marshall, Texas** before Judge Roy Payne |
| March 6, 2017 | Unchanged | *Notify Court of Agreements Reached During Meet and Confer<br><br>The parties are ordered to meet and confer on any outstanding objections or motions *in limine*. The parties shall advise the Court of any agreements reached no later than 1:00 p.m. three (3) business days before the pretrial conference. |
| March 3, 2017 | Unchanged | *File Joint Pretrial Order, Joint Proposed Jury Instructions, Joint Proposed Verdict Form, and Responses to Motions *in Limine* |
| February 24, 2017 | Unchanged | *File Notice of Request for Daily Transcript or Real Time Reporting.<br><br>If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and e-mail the Court Reporter, Shelly Holmes, at shelly_holmes@txed.uscourts.gov. |
| February 17, 2017 | Unchanged | File Motions *in Limine*<br><br>The parties shall limit their motions *in limine* to issues that if improperly introduced at trial would be so prejudicial that the Court could not alleviate the prejudice by giving appropriate instructions to the jury. |
| February 17, 2017 | Unchanged | Serve Objections to Rebuttal Pretrial Disclosures |
| February 3, 2017 | Unchanged | Serve Objections to Pretrial Disclosures; and Serve Rebuttal Pretrial Disclosures |
| January 27, 2017 | Unchanged | Serve Pretrial Disclosures (Witness List, Deposition Designations, and Exhibit List) by the Party with the Burden of Proof |
| December 30, 2016 | Unchanged | *File Dispositive Motions or Motions to Strike Expert Testimony (including *Daubert* Motions)<br><br>No dispositive motion or motion to strike expert testimony (including a *Daubert* motion) may be filed after this date without leave of the Court. |

| | | |
|---|---|---|
| December 30, 2016 | Unchanged | Deadline to Complete Expert Discovery |
| December 9, 2016 | Unchanged | Serve Disclosures for Rebuttal Expert Witnesses |
| November 18, 2016 | Unchanged | Deadline to Complete Fact Discovery and File Motions to Compel Discovery |
| November 18, 2016 | Unchanged | Serve Disclosures for Expert Witnesses by the Party with the Burden of Proof |
| November 4, 2016 | Unchanged | *Deadline to File Letter Briefs Regarding Dispositive Motions |
| September 26, 2016 | Unchanged | Deadline to Complete Mediation<br><br>The parties are responsible for ensuring that a mediation report is filed no later than 5 days after the conclusion of mediation. |
| September 19, 2016 | Unchanged | Comply with P.R. 3-7 (Opinion of Counsel Defenses) |
| June 28, 2016 | September 1, 2016 | **PHASE 2**: *Claim Construction Hearing - 9:00 a.m. in **Marshall, Texas** before Judge Roy Payne<br><br>The claim construction hearing will be consolidated with the hearing currently scheduled for *PMC v. Samsung*, Civil Action No. 2:15-cv-01754. |
| June 14, 2016 | August 18, 2016 | **PHASE 2**: *Comply with P.R. 4-5(d) (Joint Claim Construction Chart) |
| June 7, 2016 | August 11, 2016 | **PHASE 2**: *Comply with P.R. 4-5(c) (Reply Claim Construction Brief) |
| May 31, 2016 | August 4, 2016 | **PHASE 2**: Comply with P.R. 4-5(b) (Responsive Claim Construction Brief) |
| May 17, 2016 | July 21, 2016 | **PHASE 2**: Comply with P.R. 4-5(a) (Opening Claim Construction Brief) and Submit Technical Tutorials (if any)<br><br>Good cause must be shown to submit technical tutorials after the deadline to comply with P.R. 4-5(a). |
| July 18, 2016 | Unchanged | Deadline to Substantially Complete Document Production and Exchange Privilege Logs<br><br>Counsel are expected to make good faith efforts to produce all |

3

|  |  | required documents as soon as they are available and not wait until the substantial completion deadline. |
|---|---|---|
| May 13, 2016 | July 11, 2016 | Comply with P.R. 4-4 (Deadline to Complete Claim Construction Discovery) |
| June 28, 2016 | Unchanged | **PHASE 1**: *Claim Construction Hearing – 9:00 a.m. in **Marshall, Texas** before Judge Roy Payne<br><br>VIZIO will participate with respect to terms common to VIZIO and Apple. |
| May 6, 2015 | June 16, 2016 | **PHASE 2**: Comply with P.R. 4-3 (Joint Claim Construction Statement for Terms Not Addressed in Phase 1) |
| June 14, 2016 | Unchanged | **PHASE 1**: *Comply with P.R. 4-5(d) (Joint Claim Construction Chart) |
| June 7, 2016 | Unchanged | **PHASE 1**: *Comply with P.R. 4-5(c) (Reply Claim Construction Brief) |
| May 31, 2016 | Unchanged | **PHASE 1**: Comply with P.R. 4-5(b) (Responsive Claim Construction Brief)<br><br>Defendants are permitted to file a Responsive Claim Construction brief in each case. Apple's brief shall be governed by the page limits set forth in P.R. 4-5(e). Defendants in Civil Action No. 2:15-cv-01206 may file a separate brief limited to overlapping claim terms, which shall be no more than 10 pages. |
| April 21, 2016 | May 26, 2016 | **PHASE 2**: Comply with P.R. 4-2 (Exchange Preliminary Claim Constructions Not Addressed in Phase 1) |
| May 17, 2016 | Unchanged | **PHASE 1**: Comply with P.R. 4-5(a) (Opening Claim Construction Brief) and Submit Technical Tutorials (if any)<br><br>Plaintiff is permitted to file a common Opening Claim Construction brief in each case (Civil Action Nos. 2:15-cv-01206 and 2:15-cv-01366), governed by the page limits set forth in P.R. 4-5(e).<br><br>Good cause must be shown to submit technical tutorials after the deadline to comply with P.R. 4-5(a). |
| April 8, 2016 | May 12, 2016 | **PHASE 2**: Comply with P.R. 4-1 (Exchange Proposed Claim Terms Not Addressed in Phase 1) |
| May 6, 2016 | Unchanged | **PHASE 1**: Comply with P.R. 4-3 (Joint Claim Construction Statement) |

4

| | | |
|---|---|---|
| April 26, 2016 | Unchanged | File Response to Amended Pleadings |
| April 21, 2016 | Unchanged | **PHASE 1**: Comply with P.R. 4-2 (Exchange Preliminary Claim Constructions Common to Apple Case)<br><br>Plaintiff and Defendants in Civil Action No. 2:15-cv-1206 may only exchange preliminary claim construction for those terms appearing in their P.R. 4-1 disclosures. |
| April 12, 2016 | Unchanged | *File Amended Pleadings<br>It is not necessary to seek leave of Court to amend pleadings prior to this deadline unless the amendment seeks to assert additional patents. |
| April 8, 2016 | Unchanged | **PHASE 1**: Comply with P.R. 4-1 (Exchange Proposed Claim Terms Common to Apple Case)<br><br>Plaintiff and Defendants in Civil Action No. 2:15-cv-1206 may only exchange those terms that have already appeared on P.R. 4-1 disclosures circulated in Civil Action No. 2:15-cv-1366. |

(*) indicates a deadline that cannot be changed without showing good cause. Good cause is not shown merely by indicating that the parties agree that the deadline should be changed.

**SIGNED this 8th day of April, 2016.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE