IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **PERSONALIZED MEDIA COMMUNICATIONS, LLC,** | § § § | |
| Plaintiff, | § § | Case No. 2:15-cv-01366-JRG-RSP |
| vs. | § § | **LEAD CASE** |
| **APPLE, INC.,** | § § | |
| Defendant. | § § | |

| | | |
|---|---|---|
| **PERSONALIZED MEDIA COMMUNICATIONS, LLC,** | § § § | |
| Plaintiff, | § § § | |
| vs. | § § | |
| **TOP VICTORY ELECTRONICS (TAIWAN) CO. LTD., TPV INT'L (USA), INC., ENVISION PERIPHERALS, INC., TOP VICTORY ELECTRONICS (FUJIAN) CO. LTD., TPV ELECTRONICS (FUJIAN) CO. LTD., TPV TECHNOLOGY LTD., and VIZIO, INC.** | § § § § § § § § | Case No. 2:15-cv-01206-JRG-RSP |
| Defendants. | § § | |

**JOINT MOTION FOR LEAVE TO EXCEED PAGE LIMITS**

Plaintiff Personalized Media Communications, LLC ("PMC") and Defendants Top Victory Electronics (Taiwan) Co. Ltd., TPV Int'l (USA), Inc., Envision Peripherals, Inc., Top Victory Electronics (Fujian) Co. Ltd., TPV Electronics (Fujian) Co. Ltd., TPV Technology Ltd., Hon Hai Precision Industry (Taiwan) Co., Ltd., Wistron Corp., Wistron InfoComm Technology (Texas) Corp., Wistron InfoComm Technology (America) Corp. and VIZIO, Inc. (collectively,

the "VIZIO defendants") file this Joint Motion for Leave to Exceed Page Limits and show the Court as follows:

Pursuant to Amended Docket Control Order (Dkt. 133), on May 17, 2016, PMC filed its opening claim construction brief, which totaled thirty pages and addressed both issues raised by Apple (Case No. 2:15-cv-01366) and the VIZIO defendants (Case No. 2:15-cv-01206). Pursuant to Amended Docket Control Order (Dkt. 133), Defendants have the opportunity to file separate briefs responding to PMC's claim construction positions – Apple in the amount of thirty pages and the VIZIO defendants in the amount of ten pages:

| May 31, 2016 | Unchanged | **PHASE 1**: Comply with P.R. 4-5(b) (Responsive Claim Construction Brief)<br><br>Defendants are permitted to file a Responsive Claim Construction brief in each case. Apple's brief shall be governed by the page limits set forth in P.R. 4-5(e). Defendants in Civil Action No. 2:15-cv-01206 may file a separate brief limited to overlapping claim terms, which shall be no more than 10 pages. |
|---|---|---|

The VIZIO defendants respectfully request a five page extension for a total of fifteen pages to respond to PMC's claim construction positions. Likewise, PMC respectfully requests ten pages to respond to the claim construction positions raised by the VIZIO defendants in Case No. 2:15-cv-01206. These requests would not impact the remaining briefing in Case No. 2:15-cv-01366, which provides Apple with an opportunity to file a responsive brief of up to thirty pages and PMC an opportunity to file a reply of up to ten pages.

Dated:  May 26, 2016                                     Respectfully submitted,

By: */s/ Elizabeth L. DeRieux*
S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
CAPSHAW DERIEUX LLP
114 East Commerce Avenue
Gladewater, TX 75647
Telephone: (903) 845-5770
ccapshaw@capshawlaw.com
ederieux@capshawlaw.com

Arun S. Subramanian
SUSMAN GODFREY L.L.P.
560 Lexington Avenue, 15th Floor
New York, NY 10022
Telephone: (212) 471-8346
asubramanian@susmangodfrey.com

Joseph S. Grinstein
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Telephone: (713) 653-7820
jgrinstein@susmangodfrey.com

Amanda Bonn
Meng Xi
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067
Telephone: (310) 789-3100
abonn@susmangodfrey.com
mxi@susmangodfrey.com

Dmitry Kheyfits
KHEYFITS P.C.
1140 Avenue of the Americas, 9th Floor
New York, NY 10036
Telephone: (212) 203-5399
dkheyfits@kheyfits.com

*Attorneys for Plaintiff Personalized Media Communications, LLC*

  /s/ Romeao Jennings
Charles Everingham IV
Texas Bar No. 00787447
Austin Bank Building
911 West Loop 281, Suite 412
Longview, TX 75604
Telephone: (903) 297-7404
Facsimile: (903) 297-7402
Email: ceveringham@akingump.com

Steven M. Zager
Texas Bar No. 22241500
One Bryant Park
Bank of America Tower
New York, New York 10036
Telephone: (212) 872-1037
Facsimile: (212) 872-1002
Email: szager@akingump.com

Kevin G. McBride
CA Bar No. 195866 (admitted in E.D. Tex.)
Gregory D. Yoder
CA Bar No. 274702 (admitted in E.D. Tex.)
Romeao Jennings
CA Bar No. 281568 (admitted in E.D. Tex.)
Yimeng Dou
CA Bar No. 285248
**AKIN GUMP STRAUSS HAUER & FELD LLP**
4 Park Plaza, Suite 1900
Irvine, California 92614
Telephone: (949) 885-4200
Facsimile: (949) 885-4101
Email: kmcbride@akingump.com
Email: gyoder@akingump.com
Email: rjennings@akingump.com
Email: Ydou@akingump.com

Eric Klein
Texas Bar No. 24041258
1700 Pacific Avenue
Suite 4100
Dallas, TX 75201-4624
Telephone: (214) 969-2800
Facsimile: (214) 969-4343
Email: eklein@akingump.com

John Wittenzellner
Pennsylvania Bar No. 308996
Two Commerce Square
2001 Market Street, Suite 4100
Philadelphia, PA 19103-7013
Telephone: (215) 965-1200
Facsimile: (215) 965-1210
Email: jwittenzellner@akingump.com

ATTORNEYS FOR DEFENDANTS HON HAI PRECISION INDUSTRY (TAIWAN) CO., LTD., TOP VICTORY ELECTRONICS (TAIWAN) CO. LTD., TPV INT'L (USA), INC., ENVISION PERIPHERALS, INC., TOP VICTORY ELECTRONICS (FUJIAN) CO. LTD., TPV ELECTRONICS (FUJIAN) CO. LTD., TPV TECHNOLOGY LTD., AND VIZIO, INC.


/s/ Steven G. Schortgen by permission
Steven G. Schortgen
Texas State Bar No. 00794603
steve.schortgen@klgates.com
Jennifer Klein Ayers
Texas State Bar No. 24069322
jennifer.ayers@klgates.com
Ravi Deol
Texas State Bar No. 24090073
ravi.deol@klgates.com
**K&L GATES LLP**
1717 Main St.
Suite 2800
Dallas, Texas 75201
214.939.5500
214.939.5849 Facsimile

Howard Chen
Texas Bar No. 24009953
Harold H. Davis, Jr.
CA Bar No. 235552 (admitted in E.D. Tex.)
harold.davis@klgates.com
Rachel Maire (Pro Hac Vice)
CA Bar No. 292952
rachel.maire@klgates.com

**K&L GATES LLP**
Four Embarcadero, Suite 1200
San Francisco, CA 94111
Telephone: 415.882.8200
Facsimile: 415.882.8220

**ATTORNEYS FOR DEFENDANTS WISTRON CORP., WISTRON INFOCOMM TECHNOLOGY (TEXAS) CORP., AND WISTRON INFOCOMM TECHNOLOGY (AMERICA) CORP.**

## CERTIFICATE OF SERVICE

I hereby certify that the all counsel of record who are deemed to have consented to electronic service are being served this 26th day of May, 2016, with a copy of this document via he Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

*/s/ Elizabeth L. DeRieux*
Elizabeth L. DeRieux