# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| PERSONALIZED MEDIA COMMUNICATIONS, LLC | § § § | |
| | § | Case No. 2:15-CV-1366-JRG-RSP |
| v. | § | LEAD CASE |
| | § | |
| | § | |
| APPLE, INC. | § | |

---

**Markman Hearing**
**MAG. JUDGE ROY PAYNE PRESIDING**
**June 28, 2016**

**OPEN:   9:00 am**                                        **ADJOURN:   12:35 pm**

---

ATTORNEYS FOR PLAINTIFF:              See attached

ATTORNEY FOR DEFENDANTS:              See attached

TECHNICAL ADVISOR:                    Rich Egan

LAW CLERK:                            Richard Chen

COURT REPORTER:                       Shelly Holmes

COURTROOM DEPUTY:                     Becky Andrews

Court opened.   Case called.   Calvin Capshaw announced ready and introduced co-counsel. Allen Gardner for Apple, Inc. announced ready and introduced co-counsel.   Chad Everingham for Vizio, TPV and Hon Hai announced ready and introduced co-counsel

The Court heard argument on a term by term basis.   Doug Kline, Jennifer Albert, Joe Grinstein, Amanda Bonn and Meng Xi presented argument on behalf of Plaintiff.   Plaintiff offered Exhibit Nos. 1, 2 and 3.   Marcus Sernel, Joel Merkin, Kevin McBride and Archit Shah presented argument on behalf of Defendants.

The Court took the claim construction matters under submission.