# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| PERSONALIZED MEDIA COMMUNICATIONS, LLC | § § § | |
| | § | Case No. 2:15-CV-1366-JRG-RSP |
| v. | § | LEAD CASE |
| | § | |
| APPLE, INC. | § | |
| | | |
| PERSONALIZED MEDIA COMMUNICATIONS, LLC | § § § | |
| | § | |
| v. | § | Case No. 2:15-CV-1754-JRG-RSP |
| | § | |
| SAMSUNG ELECTRONICS AMERICA, INC., ET AL. | § § § | |

---

**Markman Hearing**
**MAG. JUDGE ROY PAYNE PRESIDING**
**September 23, 2016**

**OPEN:   9:00 am**                                    **ADJOURN: 12:00 pm**

ATTORNEYS FOR PLAINTIFF:              See attached

ATTORNEY FOR DEFENDANTS:           See attached

TECHNICAL ADVISOR:                        Rich Egan

LAW CLERK:                                      Clint South

COURT REPORTER:                            Tammy Goolsby

COURTROOM DEPUTY:                       Becky Andrews

Court opened.   Case called.   Calvin Capshaw announced ready and introduced co-counsel. Melissa Smith for Samsung announced ready and introduced co-counsel.   Chad Everingham for Vizio, TPV and Hon Hai announced ready and introduced co-counsel.   Rachel Burnim announced ready for Wistron and introduced co-counsel.

The Court heard argument on a term by term basis.   Joe Grinstein, Arun Subramanian and Amanda Bonn presented argument on behalf of Plaintiff.   Mike McKeon, Kevin McBride, John Wittenzellner and Indranil Mukerji presented argument on behalf of Defendants.

The Court took the claim construction matters under submission.