IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PERSONALIZED MEDIA COMMUNICATIONS, LLC | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Civ. Action No.  2:15-cv-01366-JRG-RSP |
| APPLE, INC. | § § § | |
| *Defendant*. | § | |

### ORDER GRANTING-IN-PART AND DENYING-IN-PART PLAINTIFF PERSONALIZED MEDIA COMMUNICATIONS, LLC'S MOTION FOR LEAVE TO AMEND INFRINGEMENT CONTENTIONS

Before the Court is Personalized Media Communications LLC's ("PMC") Motion for Leave to Amend Infringement Contentions Pursuant to Local Patent Rule 3-6(b) (Dkt. No. 207). Having considered the relevant facts, the arguments of the parties, and the relief requested, the Court finds good cause to grant PMC leave to amend its infringement contentions as proposed in PMC's Motion and attached Exhibits, except that the Court does not find good cause and sufficient diligence to grant PMC leave to modify its disclosure under local Patent Rule 3-1(e) regarding the priority-date of the '091 Patent. PMC's Motion (Dkt. No. 207) is therefore **GRANTED-IN-PART** and **DENIED-IN-PART**.

SIGNED this 27th day of September, 2016.

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE