UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PERSONALIZED MEDIA COMMUNICATIONS, LLC | § § § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 2:15-cv-01366-JRG-RSP (Lead Case) |
| APPLE INC., | § § § | |
| Defendants. | § | |

### ORDER

Before the Court is the Report and Recommendation of Magistrate Judge Roy S. Payne (Dkt. No. 209) recommending that Apple Inc.'s Rule 12(b)(6) Motion to Dismiss for Failure to State a Claim (Dkt. Nos. 14, 34) be denied because the asserted patents are directed to patent-eligible subject matter under 35 U.S.C. § 101. Finding no objections, and reviewing the record *de novo*, the Court finds that the Magistrate Judge's Report and Recommendation should be ADOPTED. Accordingly, Defendant's Rule 12(b)(6) Motion to Dismiss for Failure to State a Claim (Dkt. Nos. 14, 34) is DENIED.

**So Ordered this**
**Sep 28, 2016**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE