# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| PERSONALIZED MEDIA COMMUNICATIONS, LLC, | § § § |
| *Plaintiff*, | §  Case No. 2:15-cv-01366-JRG-RSP § § |
| v. | § § |
| APPLE, INC., | § § § |
| *Defendant*. | § |

## ORDER

Before the Court is the Magistrate Judge's September 27, 2016 Order (Dkt. 225) denying Personalized Media Communications LLC's ("PMC") motion for leave to amend its P.R. 3-1 Disclosure to assert an earlier priority date of U.S. Patent No. 8,191,091. Having considered the Objections filed by PMC (Dkt. 233) and finding them to be without sufficient merit, the Magistrate Judge's Order is affirmed, and PMC's motion for leave to amend its P.R. 3-1 Disclosure is DENIED. .

**So Ordered this**
Oct 19, 2016

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE