# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| PERSONALIZED MEDIA COMMUNICATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC. <br><br> Defendants. | Case No. 2:15-cv-01366-JRG-RSP |

## ORDER GRANTING AGREED MOTION TO STAY PENDING IPR PROCEEDINGS

Before the Court is Defendant Apple's Agreed Motion to Stay Pending IPR Proceedings.

Upon consideration of the Motion, the relief requested therein, and the relevant facts the Court finds that the Motion should be and hereby is **GRANTED**, in that PMC's district court case against Apple is stayed pending the outcome of the pending IPR proceedings. Furthermore, all pending motions not previously disposed of by the Court are hereby **DENIED WITHOUT PREJUDICE**. If and when the stay is lifted in the future, within 14 days thereafter, the parties may re-urge any motion denied without prejudice herein. **IT IS SO ORDERED.**

SIGNED this 17th day of February, 2017.

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE