**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| PERSONALIZED MEDIA COMMUNICATIONS, LLC, | § § § |
| *Plaintiff*, | § § |
| | § CIVIL ACTION NO. 2:15-cv-01366-JRG-RSP |
| v. | § § |
| APPLE, INC., | § § |
| *Defendant*. | § § |

**JOINT SUBMISSION REGARDING LIVE MOTIONS**

Pursuant to the Court's June 19, 2020 Order (Dkt. No. 374), the parties submit the following list of pending motions and their status.

| PMC's Motion | Motion Dkt. No. | Status |
|---|---|---|
| Motion to Compel Production of Certain Financial Information and Agreements by Personalized Media Communications, LLC (Briefing Dkt. Nos. 232, 244) | 232 | Moot (for purposes of the '091 patent case) |
| Motion to Strike or Dismiss Apple Inc.'s Counterclaims V and VI and Fifth Through Ninth, Eleventh, and Fourteenth Affirmative Defenses by Personalized Media Communications, LLC (Briefing Dkt. Nos. 250, 251, 277, 278, 286, 303) | 250 | Live |
| Motion to Strike Apple Inc.'s Undisclosed Invalidity Theories by Personalized Media Communications, LLC (Briefing Dkt. Nos. 254, 282, 287, 304) | 254 | Live (as to theories that Apple maintains only) |
| Objection to Claim Construction Order (Dkt. No. 246) filed by Personalized Media Communications, LLC (Briefing Dkt. No. 255) | 255 | Live |

| | | |
|---|---|---|
| Objection to Claim Construction Order (Dkt. No. 246) filed by Apple Inc. (Briefing Dkt. Nos. 257, 281) | 257 | Live |
| Motion to Strike Testimony of Dr. Stephen Wicker Regarding Non-Infringing Alternatives by Personalized Media Communications, LLC (Briefing Dkt. Nos. 262, 293, 307, 332) | 262 | Live |
| Motion to Strike Portions of the Expert Report of Anthony J. Wechselberger Based on Daubert by Personalized Media Communications, LLC (Briefing Dkt. Nos. 263, 265,  296, 312, 333) | 263 | Live |
| Motion for Summary Judgment of Invalidity of U.S. Patent Nos. 8,191,091, 8,559,635, and 7,752,649 Under § 101 by Apple, Inc.. | 264 | Live (as to the '091 patent only) |
| Motion for Summary Judgment that PMC is Collaterally Estopped from Asserting U.S. Patent No. 8,559,635 by Apple, Inc.. | 266 | Moot (for purposes of the '091 patent case) |
| Motion to Preclude Mr. Wechselberger From Testifying as a Fact Witness by Personalized Media Communications, LLC (Briefing Dkt. Nos. 267, 269, 295, 305, 306, 331) | 267 | Live (as to theories that Apple maintains only) |
| Motion or Partial Summary Judgment to Limit Pre-Suit Damages for the '091 and '635 Patents by Apple, Inc. | 268 | Live |
| Motion for Summary Judgment of Non-Infringement of Claim 3 of U.S. Patent No. 8,559,635 by Apple, Inc. | 270 | Moot (for purposes of the '091 patent case) |
| Opposed Motion to Exclude Certain Opinions of PMC's Technical Expert Alfred Weaver by Apple, Inc. | 271 | Moot (for purposes of the '091 patent case) |
| Opposed Sealed Patent Motion to Exclude Certain Opinions of PMC's Damages Expert Michael Dansky by Apple, Inc.. | 273 | Live |
| Motion to Strike Testimony of Vincent A. Thomas by Personalized Media Communications, LLC (Briefing Dkt. Nos. 275, 292, 308, 330) | 275 | Live |

| | | |
|---|---|---|
| Opposed Emergency Motion to Strike Supplemental Expert Report of Anthony J. Wechselberger by Personalized Media Communications, LLC (Briefing Dkt. Nos. 310, 334, 335) | 310 | Live (as to theories that Apple maintains only) |

DATED:  July 20, 2020

/s/ S. Calvin Capshaw
Lana S. Shiferman
Douglas J. Kline
**GOODWIN PROCTER, LLP**
100 Northern Avenue
Boston, MA  02210
P:  (617) 570-1000
F:  (617) 523-1231
lshiferman@goodwinprocter.com
dkline@goodwinprocter.com

S. Calvin Capshaw (Texas Bar No. 03783900)
Elizabeth L. DeRieux (Texas Bar No. 05770585)
**CAPSHAW DERIEUX, LLP**
114 E. Commerce Ave.
Gladewater, TX 75647
P:  (903) 845-5770
ccapshaw@capshawlaw.com
ederieux@capshawlaw.com

*Attorneys for Plaintiff*
*Personalized Media Communications, LLC*

/s/     Melissa R. Smith

Melissa R. Smith (Texas Bar No. 24001351)
**GILLIAM & SMITH LLP**
303 S. Washington Avenue
Marshall, TX  75670
P:  (903) 934-8450
F:  (903) 934-9257
Melissa@gillamsmithlaw.com

Marcus E. Sernel, P.C. (*admitted pro hac vice*)
**KIRKLAND & ELLIS LLP**
300 North LaSalle Street
Chicago, IL  60654
P:  (312) 862-2000
F:  (312) 862-2200

msernel@kirkland.com

*Attorneys for Defendant Apple Inc.*