IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PERSONALIZED MEDIA COMMUNICATIONS, LLC, § § § *Plaintiff*, § § v. § § APPLE INC., § § *Defendant*. § | Case No. 2:15-cv-01366-JRG-RSP |

## ORDER

Before the Court is Plaintiff Personalized Media Communications, LLC's Unopposed Motion to Permit Video Pretrial Conference. **Dkt. No. 447**. PMC's Motion seeks to conduct the upcoming Pretrial Conference by videoconference. Since the filing of the motion, the Court has moved the conference from February 3 back to February 19. This should allow counsel to travel to Marshall but once for pretrial and trial. Accordingly, the motion is denied as moot.

Also before the Court is Plaintiff's Motion to Move Trial Date. **Dkt. No. 455**. That motion is denied. The Court will consider ways to mitigate the witness problems, raised for the first time in the motion, after both sides have met and conferred on such alternatives.

**SIGNED this 29th day of January, 2021.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE