IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PERSONALIZED MEDIA<br>COMMUNICATIONS, LLC<br><br>v.<br><br>APPLE, INC. | §<br>§<br>§<br>§<br>§<br>§ | Case No. 2:15-CV-1366-JRG-RSP<br>LEAD CASE |

**Pretrial Conference**
**MAG. JUDGE ROY PAYNE PRESIDING**
**February 24, 2021**

**OPEN: 9:00 am**                                                                 **ADJOURN: 4:15 pm**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached |
| ATTORNEY FOR DEFENDANTS: | See attached |
| LAW CLERK: | Steven Laxton |
| COURT REPORTER: | Susan Zielie |
| COURTROOM DEPUTY: | Becky Andrews |

Court opened. Case called. Calvin Capshaw announced ready for plaintiff and introduced co-counsel. Tom Gorham announced ready for defendants and introduced co-counsel.

Jury Selection will be March 1, 2021 at 9:00 a.m. before Judge Gilstrap. The parties will be allowed 12 hours of evidence per side. The parties will have 30 minutes per side for voir dire. Eight jurors will be seated. The parties will have four preemptory strikes each side. The parties will have 30 minutes for opening statements and 40 minutes for closing arguments.

The Court adopted the proposed pretrial order submitted by the parties. The Court heard argument on issues regarding demonstrative procedures, exhibits, and witness testimonies. The issues were resolved. Doug Kline and Greg Arovas responded for the parties.

The parties will provide 10 juror notebooks at the beginning of the trial. Each notebook shall contain a sheet with a photo of each witness with the name under the photo and lines for taking notes, a copy of the patent, the Court's claim construction, any stipulations made between the parties that counsel would like the jury to know, and a 3-hole punched note pad.

The Court heard argument on objections to Plaintiff's Motions in Limine. Calvin Capshaw argued for plaintiff. Greg Arovas, Ellisen Turner, Alan Rabinowitz argued for defendant. The Court made rulings.

After the lunch break, the parties continued with arguments.   Marc Sernel, Sean McEldowney also argued for defendant.   Tony Downs also argued for plaintiff.

The final pretrial conference will be held on February 26, 2021 at 9:30 a.m.