# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| PERSONALIZED MEDIA COMMUNICATIONS, LLC | § § § | |
| v. | § § | Case No. 2:15-CV-1366-JRG-RSP<br>LEAD CASE |
| APPLE, INC. | § § | |

## Final Pretrial Conference
### MAG. JUDGE ROY PAYNE PRESIDING
### March 11, 2021

**OPEN: 9:00 am**                                                         **ADJOURN: 10:47 pm**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached |
| ATTORNEY FOR DEFENDANTS: | See attached |
| LAW CLERK: | Steven Laxton |
| COURT REPORTER: | Susan Zielie |
| COURTROOM DEPUTY: | Becky Andrews |

Court opened.  Case called.  Plaintiff's counsel introduced themselves.  Tom Gorham announced ready for defendants and introduced co-counsel.

With respect to the exhibit lists, Alexandra Valenti reported that the parties did exchange updated lists.  Ms. Valenti read into the record the exhibits that are still in dispute.

The parties then argued Plaintiff's objections to Defendant's exhibits at issue.  Robert Frederickson argued for plaintiff.  Ellisen Turner argued for defendant.  The Court made rulings.

The Court then heard argument on Defendant's objections to Plaintiff's exhibits still at issue.  Greg Arovas argued for defendant.  The Court made rulings.

Kevin Martin brought up issues regarding certain Plaintiff's witnesses that will be called on Monday.  Sean McEldowney and Greg Arovas responded.  The Court made rulings.