IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PERSONALIZED MEDIA COMMUNICATIONS, LLC | § § § | |
| v. | § § § | Case No. 2:15-cv-001366-JRG |
| APPLE, INC. | § | |

**MINUTES FOR JURY SELECTION/JURY TRIAL DAY NO. 1**
**HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP**
March 15, 2021

**OPEN: 9:22 AM**                                                                 **ADJOURN: 6:14 PM**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached. |
| ATTORNEYS FOR DEFENDANTS: | See attached. |
| LAW CLERKS: | Lee Matalon<br>Taylor Mauze<br>Cason Cole |
| COURT REPORTER: | Shelly Holmes, CSR-TCRR |
| COURTROOM DEPUTY: | Andrea Brunson |

| TIME | MINUTES |
|---|---|
| 09:22 AM | Court opened. Court's introduction and preliminary instructions to Jury Pool. |
| 09:38 AM | Court asked for announcements from the parties. |
| 09:39 AM | Court continues with information and preliminary instructions to Jury Pool. |
| 09:47 AM | Prospective Jurors begin introduction of themselves. |
| 10:23 AM | Court provides additional instructions to Jury Pool. |
| 10:27 AM | Voir dire on behalf of Plaintiff by Ms. Elizabeth DeRieux. |
| 10:58 AM | Voir dire on behalf of Defendant, by Ms. Melissa Smith. |
| 11:27 AM | Court provides further instructions to Jury Pool. |
| 11:29 AM | Strike conference with Ms. DeRieux, Mr. Doug Kline, Ms. Smith and Mr. Gregory Arovas. |
| 12:00 AM | Strike conference completed. Court reconvened. |
| 12:04 PM | Attorneys excused to exercise strikes. Court recessed. |
| 12:33 PM | Court reconvened. Jurors selected. Remainder of panel excused. |
| 12:39 PM | Jurors sworn and additional instructions given by the Court. |

2

| TIME | MINUTES |
|---|---|
| 01:01 PM | Jurors excused for lunch. |
| 01:02 PM | Court recessed for lunch. |
| 01:52 PM | Court reconvened.  Court took up certain matters with counsel for the parties before the Jury returned to the courtroom. |
| 01:54 PM | Jury returned to the courtroom.  Court gave preliminary instructions to the Jury.  Jurors were given jury notebooks. |
| 02:32 PM | Plaintiff's opening statement by Mr. Kline. |
| 03:02 PM | Defendant's opening statement by Mr. Marc Sernel. |
| 03:30 PM | Both sides invoked the Rule for fact witnesses only. |
| 03:31 PM | Jurors recessed to jury room for break. |
| 03:32 PM | Recess. |
| 03:48 PM | Court reconvened. |
| 03:48 PM | Jury returned to courtroom. |
| 03:50 PM | Witness sworn.  Direct examination of Mary Katherine Metzger by Mr. Kline. |
| 04:22 PM | Cross examination of Mary Katherine Metzger by Ms. Smith. |
| 04:38 PM | Witness excused. |
| 04:39 PM | Mr. Kline introduced the video deposition of Gerald Holtzman. |
| 05:31 PM | Video deposition of Gerald Holtzman completed. |
| 05:31 PM | Mr. Kline introduced the video deposition of Heather Mewes. |
| 05:49 PM | Video deposition of Heather Mewes completed. |
| 05:49 PM | Mr. Kline introduced the video deposition of Jayna Whitt |
| 06:11 PM | Video deposition of Jayna Whitt completed. |
| 06:12 PM | Court provided additional instructions to the Jury.  Jury returned to the courtroom and will return tomorrow morning to be seated by 8:30 a.m. |
| 06:12 PM | Jury dismissed for the day. |
| 06:14 PM | Court adjourned. |