**2:15-cv-01366-JRG**
**Personalized Media Communcations, LLC v Apple, Inc.**
**March 15, 2021 at 9:00 AM**

## JURY SELECTION/TRIAL

### PLEASE PRINT CLEARLY:

| ATTORNEY NAME | REPRESENTING |
|---|---|
| Melissa Smith | Apple |
| Greg Arovas | Apple |
| David Melon | Apple |
| James Twiley | Apple |
| Abdel Paun | PMC |
| Elizabeth DeRieux | PMC |
| J. David Barnard | PMC |
| Doug Kline | PMC |
| Kevin Martin | PMC |
| Alexandra Valenti | PMC |
| Greg Arovas | Apple |
| Ellisen Turner | Apple |

### IF YOUR CLIENTS ARE PRESENT, PLEASE PROVIDE NAME AND/OR COMPANY or RELATIONSHIP:

| CLIENT NAME | COMPANY or RELATIONSHIP |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |