IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PERSONALIZED MEDIA COMMUNICATIONS, LLC | § § § | |
| v. | § § § | Case No.  2:15-cv-001366-JRG |
| APPLE, INC. | § | |

MINUTES FOR JURY TRIAL DAY NO. 2
HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
March 16, 2021

**OPEN:  8:27 AM**                                                                                              **ADJOURN:   6:07 PM**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached. |
| ATTORNEYS FOR DEFENDANTS: | See attached. |
| LAW CLERKS: | Lee Matalon<br>Taylor Mauze<br>Cason Cole |
| COURT REPORTER: | Shelly Holmes, CSR-TCRR |
| COURTROOM DEPUTY: | Andrea Brunson |

| TIME | MINUTES |
|---|---|
| 08:27 AM | Court opened. |
| 08:28 AM | Exhibits used prior day read into the record. |
| 08:31 AM | Jury entered the courtroom. |
| 08:32 AM | Court read counsel's agreed stipulation into the record. |
| 08:33 AM | Witness sworn.  Direct examination of John Harvey by Mr. Tony Downs. |
| 09:18 AM | Cross examination of John Harvey by Mr. Greg Arovas. |
| 09:58 AM | Redirect examination of John Harvey by Mr. Downs. |
| 10:00 AM | Mr. Harvey excused. |
| 10:01 AM | Jury excused to jury room for recess. |
| 10:02 AM | Court recessed for break. |
| 10:16 AM | Court reconvened. |
| 10:18 AM | Jury returned to courtroom. |
| 10:19 AM | Mr. Kline introduced the video deposition of Roger Pantos. |
| 11:21 AM | Video deposition of Roger Pantos completed. |

| TIME | MINUTES |
|---|---|
| 11:21 AM | Mr. Kline introduced the video deposition of Gianpaolo Fasoli. |
| 11:31 AM | Video deposition of Gianpaolo Fasoli completed. |
| 11:31 AM | Mr. Kline introduced the video deposition of Augustin Farrugia. |
| 11:45 AM | Video deposition of Augustin Farrugia completed. |
| 11:45 AM | Mr. Kline introduced the video deposition of Sean Kelly. |
| 11:52 AM | Video deposition of Sean Kelly completed. |
| 11:52 AM | Jurors excused for lunch. |
| 11:53 AM | Court recessed for lunch. |
| 12:43 PM | Court reconvened. |
| 12:43 PM | Jury returned to courtroom from lunch break. |
| 12:45 PM | Mr. Kline introduced the video deposition of Dr. Cory Plock. |
| 01:07 PM | **Courtroom sealed.** |
| 01:08 PM | Video deposition of Dr. Cory Plock continued. |
| 01:31 PM | **Courtroom unsealed.** |
| 01:32 PM | Video deposition of Dr. Cory Plock continued. |
| 01:59 PM | Video deposition of Dr. Cory Plock completed. |
| 02:00 PM | Jurors excused to jury room for early afternoon break. |
| 02:01 PM | Court ordered the parties to meet and confer and jointly submit to the Court a revised and suggested final charge for the jury and verdict form by 4:00 tomorrow afternoon. Same should be submitted in Word format. |
| 02:01 PM | Court recessed for afternoon break. |
| 02:21 PM | Court reconvened. |
| 02:22 PM | Jury returned to courtroom. |
| 02:22 PM | Witness sworn.  Direct examination of Dr. Alfred C. Weaver by Mr. Kline. |
| 02:46 PM | **Courtroom sealed.** |
| 02:47 PM | Direct examination of Dr. Alfred C. Weaver by Mr. Kline continued. |
| 02:59 PM | **Courtroom unsealed.** |
| 03:00 PM | Direct examination of Dr. Alfred C. Weaver by Mr. Kline continued. |
| 04:15 PM | Jurors excused to jury room for late afternoon break. |
| 04:16 PM | Court recessed for late afternoon break. |
| 04:41 PM | Court reconvened. Jury returned from jury room. |
| 04:42 PM | Cross examination of Dr. Alfred C. Weaver by Mr. Marc Sernel. |
| 05:28 PM | Redirect examination of Dr. Alfred C. Weaver by Mr. Kline. |
| 05:32 PM | Witness excused. |
| 05:32 PM | Ms. Alexandra Valenti introduced the video deposition of Dr. Guy Tribble. |
| 05:51 PM | **Courtroom sealed.** |
| 05:52 PM | Video deposition of Dr. Guy Tribble continued. |
| 05:58 PM | **Courtroom unsealed.** |
| 05:58 PM | Video deposition of Dr. Guy Tribble completed. |
| 05:59 PM | Ms. Alexandra Valenti and Mr. Robert Frederickson introduced and proceeded with the reading of the deposition of Mr. Jeff Robbin. |
| 06:05 PM | Completion of the reading of the deposition of Mr. Jeffrey Robbin. |
| 06:05 PM | Jury excused and dismissed for the day. |
| 06:07 PM | Court recessed until tomorrow morning. |