IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PERSONALIZED MEDIA<br>COMMUNICATIONS, LLC | §<br>§<br>§ | |
| v. | § | Case No.  2:15-cv-001366-JRG |
| | § | |
| APPLE, INC. | § | |

MINUTES FOR JURY TRIAL DAY NO. 3
HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
March 17, 2021

**OPEN:  8:41 AM**                                                                                    **ADJOURN:    5:34 PM**

| ATTORNEYS FOR PLAINTIFF: | See attached. |
|---|---|
| ATTORNEYS FOR DEFENDANTS: | See attached. |
| LAW CLERKS: | Lee Matalon<br>Taylor Mauze<br>Cason Cole |
| COURT REPORTER: | Shelly Holmes, CSR-TCRR |
| COURTROOM DEPUTY: | Andrea Brunson |

| TIME | MINUTES |
|---|---|
| 08:41 AM | Court opened. |
| 08:41AM | Exhibits used prior day read into the record. |
| 08:42 AM | Court informed counsel one Juror was delayed due to weather. |
| 08:43 AM | While waiting for the Juror to arrive, Court heard offer of proof by Plaintiff. |
| 08:44 AM | **Courtroom sealed**. |
| 08:44 AM | Offer of proof on behalf of PMC by Robert Frederickson. |
| 08:49 AM | Completion of offer of proof by Mr. Frederickson. |
| 08:49 AM | Mr. Kline requested the Court to release those witnesses previously placed under the Rule. |
| 08:49 AM | **Courtroom unsealed**. |
| 08:51 AM | Court recessed awaiting the arrival of absent Juror. |
| 09:00 AM | Court reconvened.  Jury entered the courtroom. |
| 09:02 AM | Mr. Frederickson introduced the video deposition of Michael Jaynes. |
| 09:06 AM | **Courtroom sealed**. |

| TIME | MINUTES |
|---|---|
| 09:06 AM | Video deposition of Michael Jaynes continued. |
| 09:17 AM | Video deposition of Michael Jaynes completed. |
| 09:17 AM | **Courtroom unsealed**. |
| 09:19 AM | Witness sworn.  Direct examination of Michael John Pellegrino by Mr. Frederickson. |
| 09:57 AM | **Courtroom sealed**. |
| 10:07 AM | **Courtroom unsealed**. |
| 10:07 AM | Jury returned to jury room for recess. |
| 10:07 AM | Recess. |
| 10:27 AM | Court reconvened. |
| 10:28 AM | Jury returned to courtroom. |
| 10:28 AM | Direct examination of Michael John Pellegrino by Mr. Frederickson continued. |
| 10:40 AM | **Courtroom sealed**. |
| 10:40 AM | Direct examination of Michael John Pellegrino by Mr. Frederickson continued. |
| 11:29 AM | Pass the witness. |
| 11:29 AM | Off the record. |
| 11:30 AM | Back on the record. |
| 11:31 AM | Cross examination of Michael John Pellegrino by Mr. Ellisen Turner. |
| 12:04 PM | **Courtroom unsealed**. |
| 12:04 PM | Jury excused for lunch. |
| 12:06 PM | Court recessed for lunch. |
| 12:47 PM | Court reconvened. |
| 12:47 PM | Jury returned to courtroom. |
| 12:48 PM | Cross examination of Michael John Pellegrino by Mr. Ellisen Turner, continued. |
| 01:32 PM | **Courtroom sealed**. |
| 01:32 PM | Cross examination of Michael John Pellegrino by Mr. Ellisen Turner, continued. |
| 01:48 PM | Cross examination of Michael John Pellegrino by Mr. Ellisen Turner, completed. |
| 01:48 PM | Jury excused to jury room.  Court took up issues offered by Mr. Frederickson re: the witness Mr. Pellegrino.  Mr. Turner argued for the Defendant. |
| 01:52 PM | Jury returned to courtroom. |
| 01:53 PM | Redirect examination of Michael John Pellegrino by Mr. Frederickson. |
| 01:57 PM | Recross examination of Michael John Pellegrino by Mr. Ellisen Turner. |
| 01:58 PM | Pass the witness. |
| 01:58 PM | Plaintiff rests its case in chief. |
| 01:59 PM | **Courtroom unsealed**. |
| 01:59 PM | Mr. Arovas introduced the video deposition of Dr. Guy Tribble. |
| 02:59 PM | Video deposition of Dr. Guy Tribble completed. |
| 03:00 PM | Jury excused for afternoon break. |
| 03:00 PM | Court recessed for afternoon break. |
| 03:30 PM | Court reconvened. |
| 03:31 PM | Jury returned to courtroom. |
| 03:32 PM | Witness sworn.  Direct examination of Roger Pantos by Mr. Arovas. |
| 03:40 PM | **Courtroom sealed**. |
| 03:41 PM | Direct examination of Roger Pantos by Mr. Arovas, continued. |
| 03:49 PM | **Courtroom unsealed**. |

| TIME | MINUTES |
|---|---|
| 03:50 PM | Direct examination of Roger Pantos by Mr. Arovas, continued. |
| 04:38 PM | No cross examination of Roger Pantos by Plaintiff. |
| 04:38 PM | Witness excused. |
| 04:39 PM | Witness sworn.  Direct examination of Dr. Stephen Wicker by Mr. Arovas. |
| 05:31 PM | Jury returned to jury room.  Jury excused until tomorrow morning. |
| 05:34 PM | Court recessed until tomorrow morning. |