## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| PERSONALIZED MEDIA COMMUNICATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC. <br><br> Defendant. | Case No. 2:15-cv-1366-JRG-RSP |

## STIPULATION OF JUDGMENT OF NO INVALIDITY UNDER § 101 OF U.S. PATENT NO. 8,191,091

Plaintiff Personalized Media Communications, LLC ("PMC") and Defendant Apple Inc. ("Apple") hereby jointly stipulate and request an entry of judgment of no invalidity under § 101 for U.S. Patent No. 8,191,091 ("the '091 patent"), as follows:

1. Apple filed a motion for summary judgment that the asserted claims of the '091 patent are invalid under § 101. (Dkt. 264).

2. A Report and Recommendation was issued January 29, 2021, denying Apple's motion and finding that the claims are not directed to an abstract idea under Step One of the *Alice* analysis, a pure question of law. (Dkt. 458).

3. The Report and Recommendation was adopted on March 13, 2021. (Dkt. 543).

4. In view of the foregoing, the parties request that the Court enter a Stipulated Judgment of No Invalidity Under § 101 of the asserted claims of the '091 patent.

1

5. Upon entry of this Stipulated Judgment of No Invalidity Under § 101, both parties reserve all rights on appeal, including to appeal the Report and Recommendation adopted by the district court denying Apple's motion for summary judgment under § 101.

6. This stipulation does not extend to any other count or counterclaim.

7. Each party shall bear its own costs, expenses, and attorneys' fees relating to the dismissed counterclaims.

Dated:  March 18, 2021

Respectfully submitted,

*/s/ Melissa R. Smith*

Sean M. McEldowney (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue
Washington, D.C. 20004
P: (202) 389-5000
Email: edward.donovan@kirkland.com
Email: sean.mceldowney@kirkland.com

Ellisen Shelton Turner, P.C. (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
2049 Century Park East, 37th Floor
Los Angeles, CA 90067
Telephone: (310) 552-4200
Facsimile: (310) 552-4300
E-mail: ellisen.turner@kirkland.com

Melissa R. Smith
State Bar No. 24001351
GILLAM & SMITH LLP
303 S. Washington Avenue
Marshall, Texas 75670
P: (903) 934-8450
Email: melissa@gillamsmithlaw.com

Marcus E. Sernel, P.C. (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
300 N. LaSalle Street
Chicago, Illinois 60654
P: (312) 862-2000
Email: marc.sernel@kirkland.com

Gregory S. Arovas, P.C. (admitted *pro hac vice*)
Alan Rabinowitz (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
P: (212) 446-4800
Email: greg.arovas@kirkland.com
Email: alan.rabinowitz@kirkland.com

*Attorneys for Defendant Apple Inc.*

| | |
|---|---|
| Dated:  March 18, 2021 | Respectfully submitted,<br>*/s/ Kevin P. Martin* |
| | |
| Alexandra D. Valenti<br>Naomi Birbach<br>Autumn Soucy<br>GOODWIN PROCTER LLP<br>620 Eighth Avenue<br>New York, NY 10018<br>P: (212) 813-8800<br>F: (212) 355-3333<br>avalenti@goodwinlaw.com<br>nbirbach@goodwinlaw.com<br>asoucy@goodwinlaw.com<br><br>Andrew Ong<br>GOODWIN PROCTER LLP<br>601 Marshall St.<br>Redwood City, CA 94063<br>P: (650) 752-3100<br>F: (650) 853-1038<br>aong@goodwinlaw.com | Douglas J. Kline<br>J. Anthony Downs<br>Kevin P. Martin<br>Lana S. Shiferman<br>Sarah J. Fischer<br>GOODWIN PROCTER LLP<br>100 Northern Avenue<br>Boston, MA 02210<br>P: (617) 570-1000<br>F: (617) 523-1231<br>dkline@goodwinprocter.com<br>jdowns@goodwinlaw.com<br>kmartin@goodwinlaw.com<br>lshiferman@goodwinprocter.com<br>sfischer@goodwinlaw.com<br><br>S. Calvin Capshaw (Texas Bar No. 03788390)<br>Elizabeth L. DeRieux (Texas Bar No. 05770585)<br>CAPSHAW DERIEUX, LLP<br>1127 Judson Road, Suite 220<br>Longview, TX 75601-5157<br>P: (903) 233-4826<br>F: (903) 236-8787<br>ccapshaw@capshawlaw.com<br>ederieux@capshawlaw.com<br><br>*Attorneys for Plaintiff*<br>*Personalized Media Communications, LLC* |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on March 18, 2021.

*/s/ Melissa R. Smith*
