IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PERSONALIZED MEDIA COMMUNICATIONS, LLC § § § | |
| v. § | Case No.  2:15-cv-001366-JRG |
| § § | |
| APPLE, INC. § | |

MINUTES FOR JURY TRIAL DAY NO. 4
HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
March 18, 2021

**OPEN:  08:22 AM**                                                                                   **ADJOURN:    03:17 PM**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached. |
| ATTORNEYS FOR DEFENDANTS: | See attached. |
| LAW CLERKS: | Lee Matalon<br>Taylor Mauze<br>Cason Cole |
| COURT REPORTER: | Shelly Holmes, CSR-TCRR |
| COURTROOM DEPUTY: | Andrea Brunson |

| TIME | MINUTES |
|---|---|
| 08:22 AM | Court opened. |
| 08:22 AM | Exhibits used prior day read into the record. |
| 08:25 AM | Jury entered the courtroom. |
| 08:26 AM | Direct examination of Dr. Stephen Wicker by Mr. Arovas, continued from previous day. |
| 09:28 AM | Cross examination of Dr. Stephen Wicker by Mr. Kline. |
| 10:00 AM | Jury excused for recess. |
| 10:00 AM | Court heard argument re: an issue re: an exhibit for presentment to Dr. Wicker during examination. Mr. Kline argued for Plaintiff.  Mr. Arovas argued for Defendant. |
| 10:06 AM | Recess. |
| 10:33 AM | Court reconvened.  Jury returned to courtroom. |
| 10:34 AM | Cross examination of Dr. Stephen Wicker by Mr. Kline, continued. |
| 11:05 AM | Redirect examination of Dr. Stephen Wicker by Mr. Arovas. |
| 11:17 AM | Witness excused. |
| 11:18 AM | Witness sworn.  Direct examination of Vincent Thomas by Mr. Luke Dauchot. |

| TIME | MINUTES |
|---|---|
| 11:39 AM | **Courtroom sealed**. |
| 11:40 AM | Direct examination of Vincent Thomas by Mr. Luke Dauchot, continued. |
| 12:03 PM | **Courtroom unsealed**. |
| 12:03 PM | Jury excused for lunch. |
| 12:04 PM | Court recessed for lunch. |
| 12:50 PM | Court reconvened.  Jury returned to courtroom. |
| 12:52 PM | **Courtroom sealed**. |
| 12:52 PM | Direct examination of Vincent Thomas by Mr. Luke Dauchot, continued. |
| 01:27 PM | **Courtroom unsealed**. |
| 01:28 PM | Cross examination of Vincent Thomas by Mr. Frederickson. |
| 01:42 PM | **Courtroom sealed**. |
| 01:42 PM | Cross examination of Vincent Thomas by Mr. Frederickson, continued. |
| 01:54 PM | Redirect examination of Vincent Thomas by Mr. Luke Dauchot. |
| 01:55 PM | Witness excused. |
| 01:58 PM | Defendant rests. |
| 01:58 PM | Plaintiff offers no rebuttal witnesses. |
| 01:58 PM | **Courtroom unsealed**. |
| 01:59 PM | Court provides instructions to Jury.  Jury instructed to return at 9:00 a.m. tomorrow. |
| 02:01 PM | Jury excused until tomorrow morning. |
| 02:01 PM | Court provides instructions to the parties re: Rule 50(a) motions, charge conference and closing arguments. |
| 02:06 PM | Recess. |
| 02:36 PM | Court reconvened.  Parties read into the record those exhibits introduced during trial on this date. |
| 02:37 PM | The Court began hearing argument on Rule 50(a) Motions.  Mr. Kevin Martin argued on behalf of the Plaintiff and Mr. Sean McEldowney, Mr. Robert Appleby, Mr. Ellisen Turner and Mr. Alan Rabinowitz argued on behalf of Defendant. |
| 03:12 PM | The Court made the following rulings: (1) Defendant Apple's Judgment as a Matter of Law re: issue of damages re: Apple's own direct infringement:  GRANTED.  The remainder of all motions presented:  DENIED. |
| 03:13 PM | Completion of Rule 50(a) motions hearing.  Informal charge conference will begin later this afternoon in the courtroom.  The formal charge conference will begin tomorrow at 8:30 a.m. |
| 03:17 PM | Court recessed and will return to proceed with the informal charge conference. |