**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| PERSONALIZED MEDIA COMMUNICATIONS, LLC, | § § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION NO. 2:15-CV-1366-JRG |
| APPLE, INC., | § § § | |
| *Defendant.* | § | |

## <u>VERDICT FORM</u>

In answering the following questions and completing this Verdict Form, you are to follow all the instructions I have given you in the Court's Final Jury Instructions. Your answers to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Final Jury Instructions. You should refer to and consider the Final Jury Instructions as you answer the questions in this Verdict Form.

As used herein, the following terms have the following meanings:

- "PMC" means Plaintiff Personalized Media Communications, LLC.

- "Apple" refers to Defendant Apple, Inc.

- The "'091 Patent" or the "Patent-in-Suit" means U.S. Patent No. 8,191,091.

- The "Asserted Claims" means collectively Claims 13, 14, 15, and 16 of the '091 Patent.

## IT IS VERY IMPORTANT THAT YOU FOLLOW THE INSTRUCTIONS PROVIDED IN THIS VERDICT FORM.

## READ THEM CAREFULLY AND ENSURE YOUR VERDICT COMPLIES WITH THEM.

**QUESTION 1:**

Has PMC proven by a preponderance of the evidence that Apple infringed

**ANY** of the Asserted Claims of '091 Patent?

**Please check either "Yes" or "No."**

Yes: _✓_      No: _____

*If you answered Question 1 "NO," do **NOT** answer any other questions. Instead leave the remaining questions unanswered and go to the final page of the Jury Verdict form.*

***Answer Questions 2a and 2b <u>ONLY</u> as to any Asserted Claims that you have found are infringed.***

**QUESTION 2a:**

What sum of money, if any, paid now in cash, has PMC proven by a preponderance of the evidence would compensate PMC for its damages resulting from infringement?

Answer in United States Dollars and Cents, if any:

$ _308,488,108._____

5

## QUESTION 2b:

Is the amount you awarded in Question 2a a lump-sum representing damages for past and future use of the claimed methods, or is the amount you awarded in Question 2a a running royalty?

**Check one of the following:**

_____   Lump Sum

**OR**

\_\_X\_\_   Running Royalty

## **FINAL PAGE OF JURY VERDICT FORM**

You have now reached the end of the Verdict Form and should review it to ensure it accurately reflects your **unanimous** determinations. The Jury Foreperson should then sign and date the Verdict Form in the spaces below. Once this is done, notify the Court Security Officer that you have reached a verdict. The Jury Foreperson should keep the Verdict Form and bring it when the jury is brought back into the courtroom.

Signed this _19th_ day of March, 2021.

-_____
Jury Foreperson

7