IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PERSONALIZED MEDIA § <br> COMMUNICATIONS, LLC § <br> § <br> v. § <br> § <br> APPLE, INC. § <br> § | Case No.  2:15-cv-001366-JRG |

**MINUTES FOR JURY TRIAL DAY NO. 5**
**HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP**
March 19, 2021

**OPEN:  08:33 AM**                                                                                      **ADJOURN:   03:59 PM**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached. |
| ATTORNEYS FOR DEFENDANTS: | See attached. |
| LAW CLERKS: | Lee Matalon <br> Taylor Mauze <br> Cason Cole |
| COURT REPORTER: | Shelly Holmes, CSR-TCRR |
| COURTROOM DEPUTY: | Andrea Brunson |

| TIME | MINUTES |
|---|---|
| 08:33 AM | Court opened. |
| 08:37 AM | Formal charge conference started. |
| 08:37 AM | Mr. Kevin Martin argued for the Plaintiff.  Mr. Sean McEldowney argued for the Defendant. |
| 08:54 AM | Formal charge conference completed. |
| 08:59 AM | Recess. |
| 09:17 AM | Court reconvened. |
| 09:17 AM | Jury entered the courtroom. |
| 09:18 AM | Court provides instructions to jury. |
| 10:00 AM | Initial closing argument by Plaintiff's counsel, Mr. Kline. |
| 10:30 AM | Initial closing argument by Plaintiff's counsel, Mr. Kline, partially completed. |
| 10:30 AM | Closing argument by Defendant's counsel, Mr. Sernel. |
| 11:09 AM | Closing argument by Defendant's counsel, Mr. Sernel, completed. |
| 11:09 AM | Continuation of closing argument by Plaintiff's counsel, Mr. Kline. |

2

| TIME | MINUTES |
|---|---|
| 11:20 AM | Continuation of closing argument by Plaintiff's counsel, Mr. Kline, completed. |
| 11:20 AM | Closing arguments concluded. |
| 11:20 AM | Court gives final instructions to the jury. |
| 11:25 AM | Jury retired to jury room to deliberate. |
| 11:26 AM | Recess. |
| 02:49 PM | Court reconvened. Jury note received by the Court. Court provided response by note hand-delivered by CSO to the Jury. |
| 02:52 PM | Recess. |
| 03:48 PM | Court reconvened. Note from Jury indicating a verdict has been reached. |
| 03:49 PM | Jury returned to the courtroom. Court read verdict in its entirety. Jurors polled representing a unanimous verdict. Jurors released and excused by the Court. |
| 03:59 PM | Court adjourned. |