

# The United States Constitution



Congress shall have power ... to promote the progress of science and useful arts by securing for limited times to authors and inventors the exclusive right to their respective writings and discoveries.

*U.S. Constitution, Art. I, Sec. 8*

# PMC's History with Apple



**Mr. Gerald Holtzman**

Tr. 254:4-20



**Ms. Kazie Metzger**

Tr. 234:18-24

"**[I] thought naively that a company such as Apple might be interested** -- once it learned the nature of the scope of our intellectual property, might be interested in acquiring exclusive rights in certain of our property to supplement whatever rights it may have to enable it to -- to establish bulkheads and beachheads in various of its product lines."

"We thought that they -- that **after six years of back and forth** and asking for information and we provided it and we didn't get anywhere after six years, we felt like **the only way we could protect our rights was to come to court**."

PDX-CL-3

*Infringement*

# Jury Instructions from the Court



## Infringement

The only appropriate comparison is to compare Apple's FairPlay with the language of the claims themselves, as I have explained their meaning to you

PDX-CL-5

# Claim 13 of the '091 Patent

| 13. A method of decrypting programming at a receiver station, said method comprising the steps of: | Infringement |
|---|---|
| receiving an encrypted digital information transmission including encrypted information; | ✔ |
| detecting in said encrypted digital information transmission the presence of an instruct-to-enable signal; | ✔ |
| passing said instruct-to-enable signal to a processor; | ✔ |
| determining a fashion in which said receiver station locates a first decryption key by processing said instruct-to-enable signal; | ✔ |
| locating said first decryption key based on said step of determining; | ✔ |
| decrypting said encrypted information using said first decryption key; and | ✔ |
| outputting said programming based on said step of decrypting. | ✔ |

# Claim 13 of the '091 Patent



'091 Patent

**13.** A method of decrypting programming at a receiver station, said method comprising the steps of:

receiving an encrypted digital information transmission including encrypted information;

detecting in said encrypted digital information transmission the presence of an instruct-to-enable signal;

passing said instruct-to-enable signal to a processor;

determining a fashion in which said receiver station locates a first decryption key by processing said instruct-to-enable signal;

locating said first decryption key based on said step of determining;

decrypting said encrypted information using said first decryption key; and

outputting said programming based on said step of decrypting.

PDX-CL-7

**13**. A method of decrypting programming ==at a receiver station,== said method comprising the steps of:



**13.** A method of decrypting programming at a receiver station, said method comprising the steps of:



PDX-CL-9A

**13**. A method of decrypting programming <mark>at a receiver station</mark>, said method comprising the steps of:





receiving an encrypted digital information transmission including encrypted information;



"encrypted digital information transmission including encrypted information"

**SINF**

⚖ **Court's Construction**

**encrypted digital information transmission**

"all-digital information that has been encrypted and moved between at least two devices."

PDX-CL-10B



receiving an encrypted digital information transmission including encrypted information;



**Dr. Stephen Wicker**

Tr. 891:4-10

Q.   But we still refer to the movie as encrypted in our example, correct?

A.   That's right. **It's encrypted in that a large portion is encrypted** and it cannot be used at all.

Q.   But there is a portion of the video in our example that is not encrypted, right?

A.   That is correct.

PDX-CL-11

detecting in said encrypted digital information transmission the presence of an instruct-to-enable signal;



detecting in said encrypted digital information transmission the presence of an instruct-to-enable signal;



### ⚖ Court's Construction

#### instruct-to-enable signal

"a signal that enables the implementation of the enumerated operation."

PDX-CL-12B

## 🔨 Court's Construction

### instruct-to-enable signal

"a signal that enables the implementation of the enumerated operation."



**Dr. Stephen Wicker**

Tr. 860:4-11

Q.  Now, before the account ID and the key ID are obtained, the system would not be **able** to retrieve the appropriate key, correct?

A.  **That's correct.**

Q.  Without the account ID and the key ID from the SINF, the FairPlay module on the user device would not be **able** to identify the correct account key from the keybag, correct?

A.  **That's right.**

# Apple Applies the Wrong Claim Construction



**Dr. Stephen Wicker**

Tr. 891:11-17

Q. And the Court has instructed us that instruct-to-enable signal is a signal that enables the implementation of the enumerated operation, correct?

A. That's correct.

Q. The construction is not a signal that enumerates an operation, right?

A. That's correct.



PDX-CL-14

passing said instruct-to-enable signal to a processor;



passing said instruct-to-enable signal to a processor;



determining a fashion in which said receiver station locates a first decryption key by processing said instruct-to-enable signal;



determining a fashion in which said receiver station locates a first decryption key by processing said instruct-to-enable signal;



### ⚖ Court's Construction

#### determining a fashion

"determining the way that the receiver station locates a first decryption key."

PDX-CL-16B

## ⚒ Court's Construction

### determining a fashion

> "determining the way that the receiver station locates a first decryption key."



**Dr. Stephen Wicker**

Tr. 808:16-20; 821:1-5;
827:20-23

Q. And how many keys are on the iPhone?

A. There could be several. There could literally be a dozen. The point is there are -- there's more than one, generally speaking. And so this key ID will point to the particular key that will decrypt the content.

A. [Apple device] takes the data, and the program uses it in a **certain way** so that content key is decrypted, content key is then used to decrypt the app, in my example, and then you can use the app to find out what the weather is going to be like.

Q. So let's turn to DPInfo on the next slide, and can you explain how that works?

A. Okay. So this is a **different way** of getting that key that will in turn decrypt the content key.

PDX-CL-17

locating said first decryption key based on said step of determining;



locating said first decryption key based on said step of determining;







Q. The account ID and the key ID are used to identify the particular key in the keybag needed the account key, correct?

A. Yes.

Dr. Stephen Wicker

Tr. 859:25-860:3

PDX-CL-18B

decrypting said encrypted information using said first decryption key; and





decrypting said encrypted information using said first decryption key; and





outputting said programming based on said step of decrypting.





outputting said programming based on said step of decrypting.





PDX-CL-20B

outputting said programming based on said step of decrypting.





PDX-CL-20C

Case 2:15-cv-01366-JRG-RSP Document 598-1 Filed 03/30/21 Page 30 of 62 PageID #: 43974



## Infringement

PMC has accused Apple of indirect infringement. There are two types of indirect infringement: (1) active inducement and (2) contributory infringement.

# FairPlay Has No Use Other Than Decryption



**Dr. Alf Weaver**

Tr. 526:21-25

Q.   The decryption features of FairPlay on iPhones that you talked quite a bit about, **does that decryption feature have any purpose that you consider to be non-infringing to the '091 patent**?

A.   **No**.



**Roger Pantos**

Tr. at 722:14-22

Q.   And when -- if somebody thinks about, you know, what other devices, like a smartphone or a tablet, **is FairPlay used for any of the other functions other than downloading**, like making calls or surfing the Internet, doing emails or anything like that?

A.   **No**, FairPlay protects content downloads, including app downloads. But when you're running the app or you're browsing the web or you're, you know, looking at your email, you're not using FairPlay for that.

PDX-CL-22

# Timeline of PMC/Apple Discussions



PMC ➡ Apple

Apple ➡ PMC

May 14 2008

May 29, 2012

2008    2009    2010    2011    2012    2013    2014

Additional Meetings

Nov 14, 2011 Meeting

Apr 8, 2010 Meeting

Aug 29, 2011 Meeting

"No one -- no one ever told me from Apple that 'Your patents don't intersect with our products.'"

Mr. Gerald Holtzman
Tr. 257:21-22

- Daniel Cooperman
- Ed Scott
- Boris Teksler
- Patrick Murphy
- Jayna Whitt
- Heather Mewes

PDX-CL-23

# PMC Told Apple About Its Decryption Technology



**Mr. Gerald Holtzman**

**From:** Gerald Holtzman [gholtzman@bssmail.biz]
**Sent:** Monday, April 12, 2010 11:45 AM
**To:** Edward W. Scott IV; Boris Teksler
**Cc:** Boyd Lemna
**Subject:** PMC and Apple: Meaning of Control Signals in the PMC Claims

Hi Ed and Boris,

Reflecting on our meeting, I want to be sure that we have explained adequately what's meant in the PMC portfolio (issued and new patents) when we speak of transmitted "control signals". This matters since the interaction

program material." Another example is the "instruct-to-decrypt" signal found in several claims of Patent 5,335,277, such as claim 19, which instructs the the selected decryptor to decrypt the relevant portion of the transmission.

PTX 1152

# Apple Turned a Blind Eye to PMC's Patents



**Ms. Heather Mewes**

Tr. 284:10-24

Q. Do you know if Apple ever does clearance searches?

A. I'm not aware of any. I mean, it's something we would consider if it makes sense in a particular circumstance, but it's certainly not a policy to do clearance searches because we've generally made the evaluation that they don't make sense.



**Ms. Jayna Whitt**

Tr. at 296:7-10
297:7-11
297:24-298:3

Q. Is any effort done to investigate or track any still-pending applications that are related to patents that individuals put forth to Apple?

A. **No. We usually ask parties to keep us apprised**…

Q. So you said that currently Apple doesn't track pending applications, but rather asks the individual with the patent or patents to inform Apple of any new patents or things of that nature; is that correct?

A. **That's right**…

Q. Are you aware of any instances where Apple did track pending applications or prosecution -- changes in prosecution history in patents that individuals had brought to Apple to license?

A. **No, I'm not**…

PDX-CL-25

# Don't Let Apple Mislead You

| 1. | "Separation" |
|---|---|
| 2. | Apple Patents |
| 3. | Belittling the '091 Patent |

# Don't Let Apple Mislead You

| 1. | "Separation" |
| --- | --- |
| 2. | Apple Patents |
| 3. | Belittling the '091 Patent |



"there's a separation of the locked portion"
Tr. 202:25-203:2

"separation approach"
Tr. 204:17-19

Apple takes a separation approach, separates this information"
Tr. 203:2-7

"separation is key to what Apple does"
Tr. 20

"Apple separates in other respects, too"
Tr. 202:25-203:2

"You cannot accidentally separate"
Tr. 778:1-2

This is the fir separation"
Tr. 78

"[I]t's a separate request"
Tr. 459:3-4

"in a completely separate transmission, separating the transmissions from separate servers, and they're even sent at separate times"
Tr. 203:17-23

"Apple tries to separate multiple levels of separation"
Tr. 203:24-204:2

"what Apple does is it separates these transmissions"
Tr. 203:17-23

"additional layers of separation"
788:14-15

"The first thing to do v separate the content from the ke 787:18-19

"it's even separate server networks"
Tr. 204:3-6

"So separate ones, correc
Tr. 552:20-21

"[E]verything is separated in terms of how it's approached, separating everything from the encrypted content, separate transmissions."
Tr. 202:14-16

"Separate all that out, send that separately from the content"
Tr. 204:10-16

"in a separate transmission"
Tr. 460:2-3

"the separate approach is so important"
Tr. 205:4-5

"Sepa transmis
Tr. 552:6-7

ns at separate tin
0-13

ey send separat

"It do verything it the signal from the on"

"we talked about the separateness. There's multiple levels of separation."
Tr. 208:21-23

"these different separate transmissions"
Tr. 551:15-16

"So can you describe at a high level – what this first layer of separation is?"
Tr. 789:18-19

"you separated the con from the security servers
Tr. 734:24-25

"separate transmissions sent from separate severs, right?"
Tr. 552:13-14

informatio the programming is always sent separately, right?"
Tr. 552:24-25

"separate trans at separate times, right?"
Tr. 552:10-11

"It is essential that they be kept separate"
Tr. 737:14-19

PDX-CL-28

# Claim Does Not Require "Embedded" Signals

The present invention employs signals embedded in programming. Embedded signals provide several advantages.



# Claim Does Not Require "Embedded" Signals

The present invention employs signals embedded in programming. Embedded signals provide several advantages.



# Claim Does Not Require "Embedded" Signals

The present invention employs signals embedded in programming. Embedded signals provide several advantages.



13. A method of decrypting programming at a receiver station, said method comprising the steps of:

receiving an encrypted digital information transmission including encrypted information;

detecting in said encrypted digital information transmission the presence of an instruct-to-enable signal;

passing said instruct-to-enable signal to a processor;

determining a fashion in which said receiver station locates a first decryption key by processing said instruct-to-enable signal;

locating said first decryption key based on said step of determining;

decrypting said encrypted information using said first decryption key; and

outputting said programming based on said step of decrypting.

# Don't Let Apple Mislead You

1. "Separation"

## 2. Apple Patents

3. Belittling the '091 Patent

# Jury Instructions from the Court



## **Comprising**

Comprising means including or containing. When the word "comprising" is used, a product that includes all the limitations or elements of the claim, as well as additional elements, is covered by the claim.

# Apple's Patents Aren't Relevant

"pencil"





Fig. 1



"pencil with eraser"





Fig. 1

PDX-CL-32A

# Apple's Patents Aren't Relevant

"pencil"

"pencil with eraser"







# Jury Instructions from the Court



## **Infringement**

The fact that a person accused of infringement has its own patents does not mean that it cannot infringe someone else's patents.

# Don't Let Apple Mislead You

| 1. | "Separation" |
| --- | --- |

| 2. | Apple Patents |
| --- | --- |

| 3. | **Belittling the '091 Patent** |
| --- | --- |

# Technology with "Staying Power"



**Dr. Stephen Wicker**

Tr. 900:17-25; 901:7-15

Q. So technology doesn't become obsolete simply because it came out a long time ago, correct?

A. That's true.

Q. Some technology has real staying power, right?

A. Certainly true.



Rivest-Shamir-Adleman (RSA) Public-Key Encryption 1977

# 2012: 30-Year Overnight Success

"He was -- he had a vision of how technology was going to develop, and that's why he filed a 500-page patent application describing all the things that he thought were going to come to pass."



**Ms. Kazie Metzger**       Tr. 238:20-25



PDX-CL-36

# PMC Licenses



DIRECTV
2013



1996



SONY
1995, 2012

dish
2015



2014

VIZIO
2016



CISCO
2011

TiVo
2000



STAR SIGHT
1994

LG
2019

 FUNAI
2017



2000



2017

ARRIS
2015

Haier
2017

Hisense
2018

THTF Global
2018

Panasonic
2014

SHARP
2015

TOSHIBA
2016



motorola
2011

TCL
2018



*Damages*

# FairPlay "Essential" to iTunes and App Store



**Roger Pantos**

**Technical Lead, Media Streaming**

- iTunes makes Apple devices "attractive" to consumers

- FairPlay is "essential" to iTunes

PDX-CL-39

# Mr. Pellegrino's Analysis



FairPlay Profit

PMC Share

Profit Per Download

# Mr. Farrugia Estimates the Size of His Team



**Augustin Farrugia**

Tr. 422:8-13

Q.   At the time you were the head of FairPlay engineering, how many persons were on your team?

A.   I -- I can give you a ballpark, but I don't know the  detail.

Q.   What is your ballpark number?

A.   **15 to 20.**

PDX-CL-41

# Mr. Farrugia Estimates the Size of His Team

FairPlay team headcount: **17.5**

iTunes team headcount: **310.25**

= **5.64%**

1. Pierre Betouin
2. Mathieu Ciet
3. Tom Dowdy
4. Grant Erickson
5. Augustin Farrugia
6. Gianpaolo Fasoli
7. David Heller
8. Julien Lerouge
9. Roger Pantos
10. Jean-Francois Riendeau
11. Jeff Robbin
12. Rod Schultz
13. Nicholas Sullivan
14. Gelareh Taban
15. Guy Tribble
16. Bertrand Mollinier Toublet
17. Srinivas Vedula

Author(s): Tom Dowdy, Augustin J. Farrugia, David Heller, Jeff Robbin
Contributor(s): Gianpaolo Fasoli, Rober Pantos

**DTX 225**

Inventors: **Gianpaolo Fasoli**, Palo Alto, CA (US); **Augustin J. Farrugia**, Cupertino, CA (US); Santa Clara, CA (US); **Gelareh Taban**, Sunnyvale, CA (US); **Nicholas T. Sullivan**, Sunnyvale, CA (US); **Srinivas Vedula**, Santa Clara, CA (US)

**DTX 963**

Inventors: **Thomas Dowdy**, Sunnyvale, CA (US); **Jeffrey L. Robbin**, Los Altos, CA (US); **Guy L. Tribble**, Hillsborough, CA (US); **David Heller**, San Jose, CA (US)

**DTX 966**

Inventors: **Augustin J. Farrugia**, Cupertino, CA (US); **Gianpaolo Fasoli**, Palo Alto, CA (US); **Jean-Francois Riendeau**, Campbell, CA (US); **Rod Schultz**, San Francisco, CA (US)

**DTX 952**

Inventors: **Augustin J. Farrugia**, Cupertino, CA (US); **Mathieu Ciet**, Paris (FR); **Pierre Betouin**, Boulogne (FR)

**DTX 964**

Author(s): Tom Dowdy (iTunes), Augustin J. Farrugia (FairPlay), Gianpaolo Fasoli (FairPlay), Jean-François Riendeau (FairPlay)
Contributor(s): David Heller (iTunes), Roger Pantos (QuickTime), Jeff Robbin (iTunes), Grant Erickson (iPod)

**DTX 949**

Inventors: **Julien Lerouge**, Santa Clara, CA (US); **Gianpaolo Fasoli**, Palo Alto, CA (US); **Augustin J. Farrugia**, Cupertino, CA (US)

**DTX 956**

Inventors: **Pierre Betouin**, Fontenay-le-Fleury (FR); **Mathieu Ciet**, Paris (FR); **Augustin J. Farrugia**, Cupertino, CA (US); **Gianpaolo Fasoli**, Palo Alto, CA (US)

**DTX 965**

PDX-CL-42

# 70,366,733,949+

## FairPlay downloads

PDX-CL-43

# Reasonable Royalty



**REASONABLE ROYALTY RATE**

0.44 ¢



**ROYALTY BASE**

70+ Billion downloads



**DAMAGES**

$308,488,108

PDX-CL-44

## QUESTION 1:

Has PMC proven by a preponderance of the evidence that Apple infringed

**ANY** of the Asserted Claims of '091 Patent?

**Please check either "Yes" or "No."**

Yes: ___✔___        No: _____

*Answer Questions 2a and 2b __ONLY__ as to any Asserted Claims that you have found
are infringed.*

## QUESTION 2a:

What sum of money, if any, paid now in cash, has PMC proven by a
preponderance of the evidence would compensate PMC for its damages resulting
from infringement?

Answer in United States Dollars and Cents, if any:

$     $ 308,488,108

## QUESTION 2b:

Is the amount you awarded in Question 2a a lump-sum representing damages for past and future use of the claimed methods, or is the amount you awarded in Question 2a a running royalty?

**Check one of the following:**

_____ Lump Sum

**OR**

✓_____ Running Royalty

PMC
Closing Statement