# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| PERSONALIZED MEDIA COMMUNICATIONS, LLC,<br><br>       Plaintiff,<br><br>v.<br><br>APPLE INC.<br><br>       Defendant. | Case No. 2:15-cv-1366-JRG-RSP |

## **UNOPPOSED MOTION TO AMEND BENCH TRIAL DOCKET CONTROL ORDER**

Defendant Apple Inc. hereby submits this Unopposed Motion to Amend the April 26, 2021, Bench Trial Docket Control Order (Dkt. No. 616) as follows:

| **Event** | **Current Deadline** | **New Deadline** |
|---|---|---|
| Parties to file Bench Memorandum, identifying relevant evidence from jury trial, if any, relevant deposition testimony, witness lists, and exhibit lists (including both pre-admitted and objected to exhibits) | May 25, 2021 | May 28, 2021 |

Apple hereby moves that the Court approve the amended Bench Trial Docket Control Order and enter same, a copy of which is attached hereto for the Court's entry. Defendant has conferred with counsel for Plaintiff and Plaintiff has indicated it is unopposed to this motion.

Dated: May 21, 2021

Respectfully submitted,

*/s/ Melissa R. Smith*

| | |
|---|---|
| Edward C. Donovan, P.C. (admitted *pro hac vice*)<br>Sean M. McEldowney (admitted *pro hac vice*)<br>KIRKLAND & ELLIS LLP<br>1301 Pennsylvania Avenue<br>Washington, D.C. 20004<br>P: (202) 389-5000<br>Email: edward.donovan@kirkland.com<br>Email: sean.mceldowney@kirkland.com<br><br>Ellisen Shelton Turner, P.C. (admitted *pro hac vice*)<br>KIRKLAND & ELLIS LLP<br>2049 Century Park East, 37th Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 552-4200<br>Facsimile: (310) 552-4300<br>E-mail: ellisen.turner@kirkland.com | Melissa R. Smith<br>State Bar No. 24001351<br>GILLAM & SMITH LLP<br>303 S. Washington Avenue<br>Marshall, Texas 75670<br>P: (903) 934-8450<br>Email: melissa@gillamsmithlaw.com<br><br>Marcus E. Sernel, P.C. (admitted *pro hac vice*)<br>Meredith Zinanni (admitted *pro hac vice*)<br>KIRKLAND & ELLIS LLP<br>300 N. LaSalle Street<br>Chicago, Illinois 60654<br>P: (312) 862-2000<br>Email: marc.sernel@kirkland.com<br>Email: meredith.zinanni@kirkland.com<br><br>Gregory S. Arovas, P.C. (admitted *pro hac vice*)<br>Alan Rabinowitz (admitted *pro hac vice*)<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>P: (212) 446-4800<br>Email: greg.arovas@kirkland.com<br>Email: alan.rabinowitz@kirkland.com<br><br>*Attorneys for Defendant Apple Inc.* |

1

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on May 21, 2021.

                                                     */s/ Melissa R. Smith*

**CERTIFICATE OF CONFERENCE**

I hereby certify that Defendant has met and conferred with Plaintiff regarding this Motion via electronic mail on May 21, 2021.  Plaintiff has indicated that it does not oppose this Motion.

                                                     */s/ Melissa R. Smith*