# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| PERSONALIZED MEDIA COMMUNICATIONS, LLC, | § § § |  |
|---|---|---|
| Plaintiff, | § § |  |
| v. | § § | CIVIL ACTION NO. 2:15-CV-01366-JRG |
| APPLE, INC., | § § § |  |
| Defendant. | § |  |

## FIRST AMENDED BENCH TRIAL DOCKET CONTROL ORDER

It is hereby **ORDERED** that the following schedule of deadlines[1] is in effect until further order of this Court:

| Current Date | Amended Date | Deadline / Event |
|---|---|---|
| April 30, 2021 |  | Apple to update responses to PMC's Interrogatory Nos. 9 and 25 as to unclean hands, inequitable conduct and/or prosecution laches to the extent that it intends to raise those issues at the bench trial |
| May 13, 2021 |  | Parties to exchange draft witness lists and exhibit lists |
| May 20, 2021 |  | Parties to meaningfully meet and confer regarding any pre-disputes, either via video or in person, with local counsel and decision makers participating |
| May 25, 2021 | May 28, 2021 | Parties to file Bench Memorandum, identifying relevant evidence from jury trial, if any, relevant deposition testimony, witness lists, and exhibit lists (including both pre-admitted and objected to exhibits) |
| June 22, 2021 |  | Bench trial -- **10:00 a.m.** in **Marshall, Texas** before Judge Rodney Gilstrap |

---

[1] The Court is of the opinion that further summary judgment briefing on bench trial issues is unnecessary.

**So Ordered this**

**May 25, 2021**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE