# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| PERSONALIZED MEDIA COMMUNICATIONS, LLC, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO.  2:15-CV-01366-JRG |
| APPLE, INC., | § § § | |
| *Defendant*. | § | |

## ORDER

The above-captioned matter is set for a bench trial on Tuesday, June 22, 2021. The parties should expect no more than **three (3) hours per side** inclusive of opening statements and closing arguments. The Court expects no more than fifteen (15) minutes for opening statements and twenty (20) minutes for closing arguments from each side, with the balance of each side's trial time used for the presentation of evidence.

In advance of the bench trial, it is hereby **ORDERED** that a pre-trial conference is **SET** for **Friday, June 18, 2021 at 3:30 p.m. (CT)** in Marshall, Texas, at which the Court will hear argument on any disputes related to the bench trial, including disputes over exhibits and deposition designations and counter-designations. Lead and local counsel for the parties shall meet and confer in-person in an effort to resolve these disputes beginning at **9:00 a.m. (CT)** on **June 17, 2021** and continuing until the Court takes up these matters on their merits. Such in-person meet and confer efforts shall take place within the Sam B. Hall, Jr. Federal Building and United States Courthouse in Marshall, Texas. The Court may increase or decrease the meet and confer process as the Court believes to be beneficial to the parties, the Court, and the interests of justice.

**So ORDERED and SIGNED this 2nd day of June, 2021.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE