IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PERSONALIZED MEDIA COMMUNICATIONS, LLC | § § § | |
| | § | Case No. 2:15-cv-01366-JRG-RSP |
| v. | § § | |
| APPLE, INC. | § § | |

**MINUTES FOR INITIAL PRETRIAL CONFERENCE (for Bench Trial)**
**HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP**
June 14, 2021

**OPEN:** 01:22 PM                                                   **ADJOURN:** 02:06 PM

ATTORNEYS FOR PLAINTIFF:            See attached

ATTORNEYS FOR DEFENDANT:        See attached.

LAW CLERK:                                        Lee Matalon

COURT REPORTER:                          Lori Barnett, CSR, RPR, RMR

COURTROOM DEPUTY:                    Andrea Brunson

| TIME | MINUTES |
|---|---|
| 01:22 PM | Court opened. |
| 01:23 PM | Counsel announced ready for hearing. |
| 01:24 PM | The Court recognized the parties' meet and confer efforts held earlier this morning. Two categories of exhibits remain to be addressed. Bench trial in this case is scheduled for June 22, 2021. |
| 01:25 PM | Category No. 1: Representative Exhibit DTX 100. Ms. Fisher argued for the Plaintiff. |
| 01:29 PM | Responsive argument by Mr. Arovas for Defendant. |
| 01:36 PM | Court carried its ruling re: DTX 100 until after the parties have met and conferred. |
| 01:37 PM | Category No. 2: Representative Exhibits DTX 585, DTX 1501 and DTX 1502. Mr. Martin argued for the Plaintiff. |
| 01:48 PM | Responsive argument by Mr. Sernel for Defendant. |
| 01:50 PM | Court admits DTX 585, DTX 1501 and DTX 1502. |
| 01:52 PM | Re: DTX 100, the parties were given 48 hours to work through the logistics and communicate with Court staff re: their meet and confer efforts. |

2

| TIME | MINUTES |
|---|---|
| 01:53 PM | The Court heard procedural and logistical concerns from counsel re: (1) time allocations for opening and closing statements; (2) designations pertaining to paper deposition transcripts; and (3) expedited briefing schedule. |
| 02:03 PM | Court will allow each side to submit up to a maximum total of 30 pages of deposition testimony. |
| 02:04 PM | Court directed each party to submit their own Findings of Fact and Conclusions of Law following the June 22 bench trial.  Counsel may raise the issue of an expedited briefing schedule at that time. |
| 2:06 PM | Court adjourned. |