# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| PERSONALIZED MEDIA COMMUNICATIONS, LLC,<br><br>          **Plaintiff**<br><br>    v.<br><br>APPLE INC.,<br><br>          **Defendant** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     Case No. 2:15-cv-01366-JRG-RSP |

## PERSONALIZED MEDIA COMMUNICATIONS, LLC'S NOTICE OF AMENDED EXHIBIT LIST

Plaintiff Personalized Media Communications, LLC ("PMC") attaches hereto its amended exhibit list.

Dated: June 18, 2021           */s/ Lana S. Shiferman*

                                         Douglas J. Kline
                                         Kevin Martin
                                         Lana S. Shiferman
                                         J. Anthony Downs
                                         Robert Frederickson, III
                                         Sarah J. Fischer
                                         **GOODWIN PROCTER, LLP**
                                         100 Northern Avenue
                                         Boston, Massachusetts 02210 P: (617) 570-1000
                                         dkline@goodwinlaw.com
                                         kmartin@goodwinlaw.com
                                         lshiferman@goodwinlaw.com
                                         jdowns@goodwinlaw.com
                                         rfrederickson@goodwinlaw.com
                                         sfischer@goodwinlaw.com

Andrew Ong
**GOODWIN PROCTER LLP**
601 Marshall St.
Redwood City, CA 94063
P: (650) 752-3100
F: (650) 853-1038
aong@goodwinlaw.com


Alexandra Valenti
Naomi Birbach
Autumn Soucy
**GOODWIN PROCTER LLP**
620 Eighth Avenue
New York, NY 10018
P: (212) 813-8800
F: (212) 355-3333
avalenti@goodwinlaw.com
nbirbach@goodwinlaw.com
asoucy@goodwinlaw.com


S. Calvin Capshaw (Texas Bar No. 03783900)
Elizabeth L. DeRieux (Texas Bar No. 05770585)
**CAPSHAW DERIEUX, LLP**
114 E. Commerce Ave.
Gladewater, TX 75647
P:  (903) 845-5770
ccapshaw@capshawlaw.com
ederieux@capshawlaw.com

*Attorneys for Plaintiff*
*Personalized Media Communications, LLC*

**Plaintiff PMC's Amended Trial Exhibit List with Defendant's Objections**
**June 18, 2021**

| PTX | Beg Bates | End Bates | Description | Objections |
|---|---|---|---|---|
| 2 | PMCAPL03358889 | PMCAPL03359087 | U.S. Patent No. 8,191,091 (Certified Copy) | |
| 4 | PMCAPL03358623 | PMCAPL03358683 | U.S. Patent No. 4,694,490 (Certified Copy) | |
| 6 | PMCAPL03386725 | PMCAPL03401492 | File History for U.S. Patent 8,191,091 (Certified Copy) | |
| 7 | PMCAPL03369063 | PMCAPL03384819 | File History for U.S. Patent 8,559,635 (Certified Copy) | |
| 8 | PMCAPL03368722 | PMCAPL03369062 | File History for U.S. Patent 4,694,490 (Certified Copy) | |
| 9 | PMCAPL03368711 | PMCAPL03368721 | Certified Patent Assignment 11069-96 (For US Patents 7,752,649, 8,191,091, and 8,559,635) | |
| 31 | APL-PMC_00006851 | APL-PMC_00006852 | Email from Heather Mewes re: PMC and Apple: Checking In (Subject to FRE 408 and NDA), dated Aug. 5, 2014 | |
| 69 | APL-PMC_00008679 | APL-PMC_00008686 | Holtzman email re PMC Intellectual Property dated Oct. 30, 2009 | |
| 77 | APL-PMC_00008988 | | Priority Applications | |
| 79 | APL-PMC_00008991 | APL-PMC_00009001 | Personalized Media Communications Intellectual Property Opportunity, dated Oct. 2009 | |
| 112 | APL-PMC_00009243 | | Email from Gerald Holtzman re: PMC and Apple: Patent License Proposal, dated Jan. 18, 2011 | |
| 119 | APL-PMC_00009289 | APL-PMC_00009290 | Email from Gerald Holtzman re: PMC Intellectual Property, dated Oct. 29, 2009 | |
| 200 | APL-PMC_00010207 | APL-PMC_00010208 | Email from Jayna Whitt re: PMC and Apple, dated Sept. 12, 2013 | |
| 453 | PMCAPL00898561 | PMCAPL00898574 | Modification to the Patent License Agreement between Starsight and PMMC dated 10/16/95 | |
| 454 | PMCAPL00898702 | PMCAPL00898705 | Letter Agreement between PMC and Sony dated 10/4/99 | |
| 457 | PMCAPL00937156 | PMCAPL00937180 | Exclusive IPG License Agreement  between PMC and TVG-PMC dated 12/11/00 | |
| 458 | PMCAPL00937181 | PMCAPL00937203 | Exclusive Home Page License Agreement between PMC and TVG-PMC dated 12/11/00 | |
| 459 | PMCAPL00937204 | PMCAPL00937227 | Exclusive Lottery and Racing License Agreement between PMC and TV-PMC Inc. dated Dec. 29, 2000 | |
| 460 | PMCAPL00937228 | PMCAPL00937253 | Non-Exclusive Video on Demand License Agreement between PMC and TVG-PMC dated 12/11/00 | |
| 461 | PMCAPL00937254 | PMCAPL00937279 | Non-Exclusive Gaming License Agreement between PMC and TVG-PMC dated 12/11/00 | |
| 462 | PMCAPL00937280 | PMCAPL00937306 | Non-Exclusive Search Engine License Agreement between PMC and TVG-PMC dated 12/29/11 | |
| 463 | PMCAPL00937307 | PMCAPL00937332 | Non-Exclusive Consumer Ebook License Agreement between PMC and TVG-PMC dated 12/29/00 | |
| 464 | PMCAPL00937333 | PMCAPL00937359 | Non-Exclusive Personal Video Recording License Agreement between PMC and TVG-PMC dated 12/29/00 | |
| 476 | PMCAPL00938898 | PMCAPL00938956 | Unite Purchase Agreement between TVG-PMC, Inc. and Personalized Media Communications, L.L.C., et al | |
| 477 | PMCAPL00939214 | PMCAPL00939216 | Weather Channel letter confirming extension of PMC/Landmark/TWC for five years dated 1/29/01 | |
| 478 | PMCAPL00947934 | PMCAPL00947936 | Restatement of the 1999 Amendment to License Agreement between PMC and Sony dated 3/26/02 | |

**Plaintiff PMC's Amended Trial Exhibit List with Defendant's Objections**
**June 18, 2021**

| PTX | Beg Bates | End Bates | Description | Objections |
|---|---|---|---|---|
| 479 | PMCAPL00947967 | PMCAPL00948000 | Patent License Agreement between PMC Satellite Development, L.L.C and Pegasus Development Corporation | |
| 481 | PMCAPL01026805 | PMCAPL01026829 | Patent License Agreement between PMC and Panasonic Corporation | |
| 482 | PMCAPL01028743 | PMCAPL01028768 | Patent License Agreement between PMC and Arris Group | |
| 483 | PMCAPL01028769 | PMCAPL01028786 | Patent License Agreement between PMC and Sharp Corporation | |
| 484 | PMCAPL01028787 | PMCAPL01028788 | Amendment to Patent License Agreement between PMC and Sharp Corporation | |
| 485 | PMCAPL01028789 | PMCAPL01028838 | Settlement, Release, and Patent License Agreement among PMC, EchoStar and DISH Network Corporation | |
| 486 | PMCAPL01028839 | PMCAPL01028857 | Joint Licensing Agreement between Videostar and Television Technology | |
| 488 | PMCAPL01036819 | PMCAPL01036837 | Class B Preferred Unit Subscription Agreement between PMC and Pegasus dated Jan. 10, 2000 | |
| 489 | PMCAPL01105024 | PMCAPL011050045 | Settlement and Patent Licence Agreement between PMC and Cisco dated May 18, 2011 | |
| 490 | PMCAPL01105065 | PMCAPL01105167 | Class F Unit Subscription Agreement between PMC and Cisco dated May 18, 2011 | |
| 491 | PMCAPL01105254 | PMCAPL01105315 | Ownership Interest Purchase Agreement between PMC and Cisco dated May 18, 2011 | |
| 494 | PMCAPL01202287 | PMCAPL01202331 | Settlement, Release and Patent License Agreement between PMC and DirectTV dated 7/10/13 | |
| 494 | PMCAPL01202287 | PMCAPL01202331 | Settlement, Release and Patent License Agreement between PMC and DirectTV dated 7/10/13 | |
| 495 | PMCAPL01202380 | PMCAPL01202424 | Settlement, Release, and Patent License Agreement among PMC, Pegasus and DIRECTV dated July 10, 2013 | |
| 495 | PMCAPL01202380 | PMCAPL01202424 | Settlement, Release, and Patent License Agreement among PMC, Pegasus and DIRECTV dated July 10, 2013 | |
| 496 | PMCAPL01202425 | PMCAPL01202439 | Settlement and Patent Licence Agreement between PMC and Zynga dated Jan. 30, 2014 | |
| 500 | PMCAPL01609435 | PMCAPL01609457 | Patent License Agreement for Landmark Communications, Inc. and the Weather Channel dated Jan. 31, 1996 | |
| 501 | PMCAPL01796052 | PMCAPL01796081 | Settlement and Patent License Agreement with Motorola Mobility dated June 1, 2011 | |
| 502 | PMCAPL01796082 | PMCAPL01796099 | Patent License Agreement Between PMC and Sony dated Sept. 25, 2012 | |
| 503 | PMCAPL01796100 | PMCAPL017961146 | Patent License Agreement for Starsight Telecast Inc. dated March 2, 1994 | |
| 504 | PMCAPL01796182 | PMCAPL01796199 | Agreement to Enter License Agreement and Licensable Product Option Agreement among PMMC, StarSight and Sony Corporation dated Oct. 31, 1995 | |
| 516 | PMCAPL02430710 | | Email from Gerald Holtzman re: Intellectual Property Opportunity with Personalized Media Communications (PMC), dated Aug. 4, 2009 | |
| 519 | PMCAPL02925142 | PMCAPL02925144 | Email from Gerald Holtzman re: Intellectual Property Opportunity with Personalized Media Communications, dated May 14, 2008 | |
| 521 | PMCAPL02926276 | PMCAPL02926282 | Email from Gerald Holtzman re: Personalized Media Communications and Apple, dated Jan. 28, 2010 | |
| 724 | PMCAPL00050632 | | Ocean Tomo Quality Inventor Study Report | |

**Plaintiff PMC's Amended Trial Exhibit List with Defendant's Objections**
**June 18, 2021**

| PTX | Beg Bates | End Bates | Description | Objections |
|---|---|---|---|---|
| 836 | PMCAPL02926553 | PMCAPL09296555 | Email from Holtzman to Murphy re: PMC and Apple: Subject to FRE 408, dated July 19, 2011 | |
| 1051 | PMCAPL03354070 | PMCAPL03354077 | Email from Gerald Holtzman re: PMC and Apple: Portfolio Scope, dated Oct. 22, 2013 [REDACTED] | |
| 1148 | PMCAPL02925145 | PMCAPL02925152 | Other: PMC -- The Company | |
| 1149 | PMCAPL02430711 | PMCAPL02430727 | Other: Overview of PMC IP | |
| 1150 | PMCAPL02430664 | PMCAPL02430665 | Correspondence: October 9, 2009 Email from Gerald Holtzman to Edward Scott re PMC Intellectual Property | |
| 1151 | PMCAPL01613678 | PMCAPL01613704 | Presentation: April 8, 2010 Personalized Media Communications Apple Meeting by Personalized Media Communications | |
| 1152 | PMCAPL02430086 | PMCAPL02430087 | Correspondence: April 12, 2010 Email from Gerald Holtzman to Edward Scott *et al.* re PMC and Apple: Meaning of Control Signals in the PMC Claims | |
| 1153 | APL-PMC_00009244 | APL-PMC_00009245 | Agreement: Nonbinding Term Sheet Between Personalized Media Communications, LLC and Apple Inc. [REDACTED] | |
| 1155 | | | Patent: File History of U.S. Patent No. 8,191,091 B1, Issued to Harvey, et al. (Non-Patent Literature and Foreign References Omitted) | |
| 1159 | PMCAPL03386725 | PMCAPL03387299 | Excerpts from Certified File History of U.S. Patent No. 8,191,091 | |
| 1166 | PMCAPL03059518 | PMCAPL03059534 | July 15, 2015 Memorandum from Scott to Scheinfeld re Chronology of PMC Efforts to Expedite Prosecution of its Pending Applications Between 1995-2010 | |
| 1167 | | | June 28, 1995 United States Patent and Trademark Office Press Release: PAT 95-22 | |
| 1168 | | | Excerpt from U.S. Patent Application Serial No. 08/485,507:  Information Disclosure Statement regarding the claim of priority, dated September 5, 1995 | |
| 1169 | | | Excerpt from U.S. Patent Application Serial No. 08/485,507:  Suspension of Examination filed on August 13, 1997 | |
| 1170 | | | Excerpt from U.S. Patent Application Serial No. 08/485,507:  Status Inquiry Letter filed on February 19, 1998 | |
| 1171 | | | Excerpt from U.S. Patent Application Serial No. 08/449,413:  Petition for Withdrawal, submitted on March 19, 2001 | |
| 1172 | | | Excerpt from U.S. Patent Application Serial No. 08/449,413:  Interview Summary and Decision of Petition to Withdraw Holding of Abandonment | |
| 1173 | | | Excerpt from U.S. Patent Application Serial No. 08/485,507:  Suspension of Action filed on January 6, 2005 | |
| 1174 | | | Excerpt from U.S. Patent Application Serial No. 08/485,507:  Suspension of Action filed on July 24, 2008 | |
| 1175 | | | October 12, 2000: Petition to Commissioner In re Pattent App of 08/470,571 | |
| 1176 | PMCAPL02080551 | | December 28, 2004 Petition Decision on Adminstrative Requirement | |
| 1177 | | | August 4, 2005: Petition to Director In re Patent App of 08/470,571 | |
| 1178 | PMCAPL02079323 | PMCAPL02079324 | August 31, 2005 INTE Petition Appeal Decision | |
| 1179 | PMCAPL02927714 | PMCAPL02927715 | September 6, 2005 Decision on Petition | |
| 1180 | | | November 27, 2006: Petition Decision on Notice of Suspension 08/459,788 | |
| 1181 | PMCAPL02940425 | PMCAPL02940434 | July 19, 2007 Letter from T. Scott to PTO | |

**Plaintiff PMC's Amended Trial Exhibit List with Defendant's Objections**
**June 18, 2021**

| PTX | Beg Bates | End Bates | Description | Objections |
|---|---|---|---|---|
| 1182 | | | July 27, 2007: Letter from PTO to T. Scott | |
| 1183 | PMCAPL02267688 | PMCAPL02267691 | Decision on Feb. 9, 2006 Petition | |
| 1184 | PMCAPL02943169 | PMCAPL02943181 | March 5, 2007: Letter from T. Scott to Central Reexamination Unit | |
| 1185 | PMC03363410 | PMC03363414 | July 24, 2008: Letter from T. Scott to M. Fleming | |
| 1186 | PMCAPL02940423 | PMCAPL02940424 | September 7, 2007 Correspondence from T. Scott to G. Morse at PTO | |
| 1187 | PMCAPL01222709 | PMCAPL01222800 | March 20, 2009 INTE Board Decision [Excerpt] | |
| 1188 | PMCAPL01216569 | PMCAPL01216745 | January 15, 2009 BPAI Decision [Excerpt] | |
| 1189 | PMCAPL01207539 | PMCAPL01207544 | June 26, 2009 INTE Board Rehearing Decision [Excerpt] | |
| 1190 | | | Decision on Petition filed 10/26/2005- 08/488,383 | |
| 1191 | | | Decision on Petition filed 10/26/2005- 08/472,066 | |
| 1192 | | | Decision on Petition filed 10/26/2005- 08/487,411 | |
| 1193 | | | Decision on Petition filed 10/26/2005- 08/447,447 | |
| 1194 | | | Decision on Petition filed 10/26/2005- 08/487,410 | |
| 1195 | | | Decision on Petition filed 10/26/2005- 08/487,526 | |
| 1196 | | | Patent: File History of U.S. Patent No. 7,849,479, Issued to Harvey, et al. (Non-Patent Literature and Foreign References Omitted) | |
| 1197 | | | Patent: File History of U.S. Patent No. 8,559,635, Issued to Harvey, et al. (Non-Patent Literature and Foreign References Omitted) | |
| 1198 | | | Patent: File History of U.S. Patent No. 7,926,084, Issued to Harvey, et al. (Non-Patent Literature and Foreign References Omitted) | |
| 1199 | | | Patent: File History of U.S. Patent No. 7,734,251, Issued to Harvey, et al. (Non-Patent Literature and Foreign References Omitted) | |
| 1200 | | | Patent: File History of U.S. Patent No. 7,827,586, Issued to Harvey, et al. (Non-Patent Literature and Foreign References Omitted) | |
| 1201 | | | Patent: File History of U.S. Patent No. 7,966,640, Issued to Harvey, et al. (Non-Patent Literature and Foreign References Omitted) | |
| 1202 | | | Patent: File History of U.S. Patent No. 7,940,931, Issued to Harvey, et al. (Non-Patent Literature and Foreign References Omitted) | |
| 1203 | | | Patent: File History of U.S. Patent No. 7,747,217, Issued to Harvey, et al. (Non-Patent Literature and Foreign References Omitted) | |
| 1204 | | | Patent: File History of U.S. Patent No. 7,864,248, Issued to Harvey, et al. (Non-Patent Literature and Foreign References Omitted) | |