# EXHIBIT 4

# Dr. Stephen Wicker

*Personalized Media Communications, LLC v. Apple Inc.*

*Case No. 15-cv-01366-JRG-RSP*

# Claim 13 Of The '091 Patent



US008191091B1

(12) **United States Patent**
**Harvey et al.**

(10) **Patent No.: US 8,191,091 B1**
(45) **Date of Patent: *May 29, 2012**

(54) **SIGNAL PROCESSING APPARATUS AND METHODS**

(75) Inventors: **John Christopher Harvey**, New York, NY (US); **James William Cuddihy**, New York, NY (US)

(73) Assignee: **Personalized Media Communications, LLC**, New York, NY (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **08/485,507**

(22) Filed: **Jun. 7, 1995**

**Related U.S. Application Data**

(63) Continuation of application No. 08/113,329, filed on Aug. 30, 1993, now Pat. No. 7,856,650, which is a continuation of application No. 08/056,501, filed on May 3, 1993, now Pat. No. 5,335,277, which is a continuation of application No. 07/849,226, filed on Mar. 10, 1992, now Pat. No. 5,233,654, which is a continuation of application No. 07/588,126, filed on Sep. 25, 1990, now Pat. No. 5,109,414, which is a continuation of application No. 07/096,096, filed on Sep. 11, 1987, now Pat. No. 4,965,825, which is a continuation-in-part of application No. 06/829,531, filed on Feb. 14, 1986, now Pat. No. 4,704,725, which is a continuation of application No. 06/317,510, filed on Nov. 3, 1981, now Pat. No. 4,694,490.

(51) **Int. Cl.**
*G06F 13/00* (2006.01)

(52) **U.S. Cl.** ............... **725/38**; 725/27; 725/28; 725/29; 380/210; 726/26

(58) **Field of Classification Search** ................ 368/2, 3, 368/4, 5.5, 6, 7, 8, 9, 10, 12, 13, 14, 423, 368/461, 462, 463, 464, 465, 466, 467, 468, 368/469, 473, 474; 380/4, 9, 10, 13, 17, 380/19, 20, 23, 35, 42, 43, 44, 45, 46, 47, 380/49

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

33,189 A 9/1861 Dougal

(Continued)

FOREIGN PATENT DOCUMENTS

AU 481565 4/1976

(Continued)

OTHER PUBLICATIONS

"Automatic Commercial Insertion Equipemnt for Unattended Insertion of Local Advertising", kILLION, "Cablematic Inc.", NCTA1984, pp. 15-22, 1984.*

(Continued)

*Primary Examiner* — Michael J Moore, Jr.
(74) *Attorney, Agent, or Firm* — Goodwin Procter LLP

(57) **ABSTRACT**

A unified system of programming communication. The system encompasses the prior art (television, radio, broadcast hardcopy, computer communications, etc.) and new user specific mass media. Within the unified system, parallel processing computer systems, each having an input (e.g., **77**) controlling a plurality of computers (e.g., **205**), generate and output user information at receiver stations. Under broadcast control, local computers (**73**, **205**), combine user information selectively into prior art communications to exhibit personalized mass media programming at video monitors (**202**), speakers (**263**), printers (**221**), etc. At intermediate transmission stations (e.g., cable television stations), signals in network broadcasts and from local inputs (**74**, **77**, **97**, **98**) cause control processors (**71**) and computers (**73**) to selectively automate connection and operation of receivers (**53**), recorder/players (**76**), computers (**73**), generators (**82**), strippers (**81**), etc. At receiver stations, signals in received transmissions and from local inputs (**225**, **218**, **22**) cause control processors (**200**) and computers (**205**) to automate connection and operation of converters (**201**), tuners (**215**), decryptors (**224**), recorder/players (**217**), computers (**205**), furnaces (**206**), etc. Processors (**71**, **200**) meter and monitor availability and usage of programming.

**31 Claims, 22 Drawing Sheets**



CONFIDENTIAL

DTX-3
PMC, LLC v. APPLE INC.

PMCAPL03108143

DTX-3.00001

DTX-3

**13**. A method of decrypting programming at a receiver station, said method comprising the steps of:

receiving an encrypted digital information transmission including encrypted information;

detecting in said encrypted digital information transmission the presence of an instruct-to-enable signal;

passing said instruct-to-enable signal to a processor;

determining a fashion in which said receiver station locates a first decryption key by processing said instruct-to-enable signal;

locating said first decryption key based on said step of determining;

decrypting said encrypted information using said first decryption key; and

outputting said programming based on said step of decrypting.

DTX-3 ('091 Patent), Claim 13

# "detecting in said encrypted digital information transmission the presence of an instruct-to-enable signal"






# Public Key Cryptography




DDX-4.0004

# Shared Secret Key Generation

