IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PERSONALIZED MEDIA COMMUNICATIONS, LLC,<br><br>      Plaintiff,<br><br>      v.<br><br>APPLE INC.<br><br>      Defendant. | Case No. 2:15-cv-1366-JRG-RSP |

## APPLE INC.'S BENCH TRIAL DESIGNATIONS

Pursuant to the First Amended Docket Control Order (Dkt. 622) and the Court's order during the pre-trial conference (Dkt. 631), Defendant Apple Inc. ("Apple") hereby submits for the record excerpts of testimony from the jury trial in this case, and designated deposition testimony, relevant to the issues presented by Apple's prosecution laches, unclean hands, and obviousness-type double patenting defenses.

Attached as Exhibit 1 is an excerpt of the March 15, 2021 Jury Trial Testimony of Mr. Gerald Holtzman.

Attached as Exhibit 2 is an excerpt of the March 16, 2021 Jury Trial Testimony of Dr. Guy Tribble.

Attached as Exhibit 3 is an excerpt of the March 16, 2021 Jury Trial Testimony of Dr. Alfred Weaver.

Attached as Exhibit 4 is an excerpt of the March 17, 2021 Jury Trial Testimony of Dr. Stephen Wicker.

Attached as Exhibit 5 is an excerpt of the March 17, 2021 Jury Trial Testimony of Dr. Guy Tribble.

Attached as Exhibit 6 is an excerpt of the March 17, 2021 Jury Trial Testimony of Mr. Roger Pantos.

Attached as Exhibit 7 is an excerpt of the September 8, 2016 deposition of Mr. Robert Caird (including both Apple's designated and PMC's counter-designated testimony).

Attached as Exhibit 8 is an excerpt of the September 16, 2016 deposition of Mr. Stephen McCandless (including Apple's designated and PMC's counter-designated testimony).

Attached as Exhibit 9 is an excerpt of the August 10, 2016 deposition of Ms. Mary Metzger (including both Apple's designated and PMC's counter-designated testimony).

Attached as Exhibit 10 is an excerpt of the April 28, 2016 deposition of Mr. John Harvey.

Attached as Exhibit 11 is an excerpt of the April 29, 2016 deposition of Mr. John Harvey.

Attached as Exhibit 12 is an excerpt of the November 13, 1995 deposition of Mr. John Harvey in the case *Personalized Mass Media Corp. v. The Weather Channel, Inc.*

Attached as Exhibit 13 is an excerpt of the November 14, 1995 deposition of Mr. John Harvey in the case *Personalized Mass Media Corp. v. The Weather Channel, Inc.*

Attached as Exhibit 14 is an excerpt of the November 15, 1995 deposition of Mr. John Harvey in the case *Personalized Mass Media Corp. v. The Weather Channel, Inc.*

Attached as Exhibit 15 is an excerpt of the May 24, 2011 deposition of Mr. John Harvey in the case *Personalized Media Communications, LLC v. Motorola Inc.*

Attached as Exhibit 16 is an excerpt of the July 11, 2013 deposition of Mr. John Harvey in the case *Personalized Media Communications, LLC v. Zynga, Inc.*

Dated:  July 6, 2021

Sean M. McEldowney (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue
Washington, D.C. 20004
P: (202) 389-5000
F: (202) 389-5200
Email: sean.mceldowney@kirkland.com

Luke L. Dauchot (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
555 S. Flower Street, Suite 3700
Los Angeles, CA 90071
P: (213) 680-8400
F: (213) 680-8500
Email: ldauchot@kirkland.com

Ellisen Shelton Turner, P.C. (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
2049 Century Park East, 37th Floor
Los Angeles, CA 90067
P: (310) 552-4200
F: (310) 552-5900
Email: ellisen.turner@kirkland.com

Respectfully submitted,

*/s/ Melissa R. Smith*

Melissa R. Smith
State Bar No. 24001351
GILLAM & SMITH LLP
303 S. Washington Avenue
Marshall, Texas 75670
P: (903) 934-8450
F: (903) 934-9257
Email: melissa@gillamsmithlaw.com

Marcus E. Sernel, P.C. (admitted *pro hac vice*)
Meredith Zinanni (admitted *pro hac vice*)
Jacob Rambeau (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
300 N. LaSalle Street
Chicago, Illinois 60654
P: (312) 862-2000
F: (312) 862-2200
Email: marc.sernel@kirkland.com
Email: meredith.zinanni@kirkland.com
Email: jake.rambeau@kirkland.com

Gregory S. Arovas, P.C. (admitted *pro hac vice*)
Alan Rabinowitz (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
P: (212) 446-4800
F: (212) 446-4900
Email: greg.arovas@kirkland.com
Email: alan.rabinowitz@kirkland.com

*Attorneys for Defendant Apple Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on July 6, 2021.

*/s/ Melissa R. Smith*

