**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| PERSONALIZED MEDIA COMMUNICATIONS, LLC, | § § § | |
| *Plaintiff*, | § § | |
| v. | § | CIVIL ACTION NO. 2:15-CV-01366-JRG |
| APPLE, INC., | § § § | |
| *Defendant*. | § § | |

**FINAL JUDGMENT**

A bench trial was held on June 22, 2021, and on August 5, 2021, the Court entered its Memorandum Opinion and Order Supported by Findings of Fact and Conclusions of Law concluding that U.S. Patent No. 8,191,091 is unenforceable for reason of prosecution laches. (Dkt. No. 646).

Pursuant to Rules 52 and 58 of the Federal Rules of Civil Procedure, and in accordance with the Court's Findings of Facts and Conclusions of Law and the entirety of the record, the Court hereby **ORDERS** and **ENTERS JUDGMENT** as follows:

1. U.S. Patent No. 8,191,091 is unenforceable;

2. Plaintiff Personalized Media Communications, LLC ("PMC") shall take nothing;

3. Pursuant to Federal Rule of Civil Procedure 54(d), Local Rule CV-54, and 28 U.S.C. § 1920, Defendant Apple, Inc. ("Apple") is the prevailing party in this case and shall recover its costs from PMC; and

4. All other relief requested by either party and now pending before the Court is **DENIED**.

All other requests for relief regarding the above-captioned case, including but not limited to Motions pursuant to 35 U.S.C. § 285, shall be within 28 days of this Judgment.

The Clerk of Court is directed to **CLOSE** the above-captioned case.

**So ORDERED and SIGNED this 6th day of August, 2021.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE