IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PERSONALIZED MEDIA COMMUNICATIONS, LLC, | § § § § § § § § § § § § | |
| *Plaintiff*, | | |
| v. | | CIVIL ACTION NO. 2:15-CV-01366-JRG |
| APPLE, INC., | | |
| *Defendant*. | | |

## ORDER

Before the Court is Apple's Omnibus Motion for Judgment as a Matter of Law Under Rule 50(B) and for a New Trial (the "Post-Trial Motion") filed by Apple Inc. (Dkt. No. 660). In a Joint Notice Regarding Post-Trial Motions (the "Joint Notice"), the parties notify the Court that the Post-Trial Motion is filed for preservation purposes only, in view of the pending appeal in this case, and the parties agree that the Court may deny the Post-Trial Motion as moot immediately. (Dkt. No. 654). The parties also agree that any response, reply, or sur-reply to the Post-Trial Motion is necessary. (*Id.*).

Also before the Court is Plaintiff Personalized Media Communications, LLC's ("PMC") Unopposed Motion for an Extension of Time to File Response to Defendant's Motions for Judgment as a Matter of Law and a New Trial (the "Motion for Extension of Time"). (Dkt. No. 662). In the Motion for Extension of Time, PMC requests an extension of time to respond to the Post-Trial Motion until such time as the Court has denied the Post-Trial Motion as moot or the Federal Circuit's mandate has issued from the pending appeal, whichever occurs first.

Having considered the Post-Trial Motion, and in light of the parties' Joint Notice, the Court finds that the Post-Trial Motion (Dkt. No. 660) should be and hereby is **DENIED AS MOOT**. Accordingly, the Motion for Extension of Time (Dkt. No. 662) is also **DENIED AS MOOT**.

**So ORDERED and SIGNED this 14th day of September, 2021.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE