# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| PERSONALIZED MEDIA COMMUNICATIONS, LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>APPLE INC.,<br><br>          Defendant. | Case No. 2:15-cv-01366-JRG-RSP |

## MOTION FOR WITHDRAWAL OF COUNSEL

Pursuant to Local Rule CV-11(c) and the Notice of Appearance [Dkt. No. 253], Plaintiff Personalized Media Communications, LLC respectfully requests that Sarah J. Fischer be permitted to withdraw as counsel of record for Plaintiff in this matter. Sarah J. Fischer will no longer be associated with the law firm Goodwin Procter LLP and should no longer be listed as counsel in this matter. Plaintiff continues to be represented by the below listed counsel to whom copies of all filings herein should be directed.

Dated: December 1, 2021

Respectfully submitted,

/s/ *Sarah J. Fischer*
Sarah J. Fischer
GOODWIN PROCTER LLP
100 Northern Avenue Boston, MA 02210
Tel.: (617) 570-1000
Fax: (617) 523-1231
Email: sfischer@goodwinlaw.com

Lana S. Shiferman
Douglas J. Kline
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, Massachusetts 02210
Tel.: (617) 570-1000
Fax: (617) 570-1000
Email: lshiferman@goodwinlaw.com
Email: dkline@goodwinlaw.com

Jennifer A. Albert
Stephen T. Schreiner
GOODWIN PROCTER LLP
901 New York Avenue NW
Washington, District of Columbia 20001
Tel.: (202) 346-4000
Fax: (202) 346-4444
E-mail: jalbert@goodwinlaw.com
E-mail: sschreiner@goodwinlaw.com

S. Calvin Capshaw (St. Bar No. 03783900)
Elizabeth L. DeRieux (St. Bar No. 05770585)
CAPSHAW DERIEUX LLP
114 E Commerce Avenue
Gladewater, Texas 75647
Tel.: (903) 845-5770
E-mail: ccapshaw@capshawlaw.com
E-mail: ederieux@capshawlaw.com

*Attorneys for Plaintiff*
*Personalized Media Communications, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 1, 2021, a true and correct copy of the foregoing document was served on all attorneys of record who have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                                         /s/ *Sarah J. Fischer*
                                                         Sarah J. Fischer

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for Plaintiff Personalized Media Communications, LLC have complied with the meet and confer requirement in Local Rule CV-7(h). This motion is unopposed.

/s/ <i>Sarah J. Fischer</i><br>
Sarah J. Fischer